IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, et al., | Case No. 25-cv-09757-MMC |
| Plaintiffs, | |
| v. | **ORDER DENYING CORECIVIC INC.'S MOTION FOR AN ORDER SHORTENING TIME** |
| U.S. IMMIGRATION & CUSTOMS ENFORCEMENT, et al., | |
| Defendants. | |

Before the Court are prospective intervenor CoreCivic Inc.'s: (1) "Emergency Motion to Intervene," filed March 3, 2026, and noticed for hearing on April 10, 2026; (2) "Emergency Motion to Stay Pending Appeal," filed March 3, 2026, and noticed for hearing on April 10, 2026; and (3) "Motion for an Order Shortening Time," filed March 4, 2026, whereby CoreCivic seeks an expedited briefing schedule on the above two motions, or, in the alternative, to continue the conference, currently scheduled for March 5, 2026, at which the Court will be addressing the parties' respective positions regarding the selection of a monitor and order issued in connection therewith.

The Court, having read and considered CoreCivic's March 4 filing, finds CoreCivic has failed to show good cause for the relief requested therein.

Accordingly, CoreCivic's Motion for an Order Shortening Time is hereby DENIED.

**IT IS SO ORDERED.**

Dated: March 4, 2026

MAXINE M. CHESNEY
United States District Judge