United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FERNANDO GOMEZ RUIZ, et al.,

Plaintiffs,

v.

U.S. IMMIGRATION & CUSTOMS ENFORCEMENT, et al.,

Defendants.

Case No.  25-cv-09757-MMC

**ORDER DENYING PLAINTIFFS' MOTION TO SHORTEN TIME**

Before the Court is plaintiffs' motion, filed March 6, 2026, pursuant to Civil Local Rule 6-3, "to Shorten Time for Briefing and Hearing on CoreCivic, Inc.'s Motion to Intervene."  Proposed Intervenor CoreCivic has filed a response stating it does not oppose the proposed shortened briefing and hearing schedule.  Defendants have not filed a response.

As explained at the hearing conducted February 6, 2026, the Court will be issuing an order transferring the above-titled action to the Eastern District of California.  In light thereof, the Court finds the judge presiding over the case in that district is in the best position to decide whether intervention is appropriate.

Accordingly, plaintiffs' motion to shorten time is hereby DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: March 11, 2026

MAXINE M. CHESNEY
United States District Judge