# United States District Court
# Eastern District of California

Fernando Gomez Ruiz, et al.

Plaintiff(s)

V.

U.S. Immigration and Customs Enforcement

Defendant(s)

Case Number: 2:26-cv-02546-JLT-CDB

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Anne M. Orcutt hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

CoreCivic, Inc.

On 06/10/2012 (date), I was admitted to practice and presently in good standing in the Supreme Court of Arizona (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 04/08/2026

Signature of Applicant: /s/ Anne M. Orcutt

**Pro Hac Vice Attorney**

Applicant's Name: Anne M. Orcutt

Law Firm Name: Struck Love Acedo, PLC

Address: 3100 W. Ray Road, Ste. 300

City: Chandler State: AZ Zip: 85226

Phone Number w/Area Code: (480) 420-1600

City and State of Residence: Phoenix, AZ

Primary E-mail Address: aorcutt@strucklove.com

Secondary E-mail Address: epercevecz@strucklove.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Nicholas H. Rasmussen

Law Firm Name: McCormick, Barstow, Sheppard, Wayte & Carruth, LLP

Address: 7647 N. Fresno Street

City: Fresno State: CA Zip: 93720

Phone Number w/Area Code: (559) 433-1300 Bar # 285736

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: ____________________

______________________________
JUDGE, U.S. DISTRICT COURT