KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
CODY S. HARRIS - # 255302
charris@keker.com
CANDICE MAI KHANH NGUYEN - # 329881
cnguyen@keker.com
CARLOS C. MARTINEZ - # 354616
cmartinez@keker.com
LISA C. LU - # 364259
llu@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
PRIYA ARVIND PATEL - # 295602
priya@ccijustice.org
MARIEL VILLARREAL - # 317048
mariel@ccijustice.org
1999 Harrison Street #1800
Oakland, California 94612
Tel: (650) 762-8990

PRISON LAW OFFICE
MARGOT MENDELSON - # 268583
mmendelson@prisonlaw.com
TESS BORDEN - MJP # 805022
tess@prisonlaw.com
RANA ANABTAWI - # 267073
rana@prisonlaw.com
1917 Fifth Street
Berkeley, California 94710-1916
Tel.: (510) 280-2621

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
KYLE VIRGIEN - # 278747
kvirgien@aclu.org
FELIPE HERNANDEZ - # 338468
npp_fhernandez@aclu.org
MARISOL DOMINGUEZ-RUIZ - # 345416
mdominguez-ruiz@aclu.org
425 California Street, 7th Floor
San Francisco, CA 94104
Tel.: (415) 343-0770

CARMEN IGUINA GONZALEZ - # 277369
ciguinagonzalez@aclu.org
915 15th Street, NW, 7th Floor
Washington, DC 20005
Tel.: (202) 393-4930

*Attorneys for Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; SERGIO ALBARRAN, Acting Director of San Francisco Field Office, Enforcement and | Case No. 1:26-cv-02546-JLT-CDB<br><br>**DECLARATION OF GABRIELA PELSINGER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO CORECIVIC'S SUPPLEMENTAL BRIEF RE MOTION TO INTERVENE AND MOTION TO STAY PENDING APPEAL**<br><br>Judge:    Hon. Jennifer L. Thurston<br><br>Date Filed:  November 12, 2025<br>*(transferred from Northern District of California)*<br><br>Trial Date:  Not set |

1

DECLARATION OF GABRIELA PELSINGER IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO CORECIVIC'S SUPPLEMENTAL BRIEF
Case No. 1:26-cv-02546-JLT-CDB

6196885

Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,

Defendants.

DECLARATION OF GABRIELA PELSINGER IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO CORECIVIC'S SUPPLEMENTAL BRIEF
Case No. 1:26-cv-02546-JLT-CDB

6196885

I, Gabriela Pelsinger, declare as follows:

1.      I am an investigator at the Prison Law Office, co-counsel of record for Plaintiffs in this matter.  I submit this declaration in support of Plaintiffs' Opposition to CoreCivic's Supplemental Brief Regarding the Motion to Intervene and Motion to Stay Pending Appeal.  I have personal knowledge of the facts set forth herein, and if called to testify as a witness thereto under oath, I could competently do so.

2.      The Prison Law Office has received reports of poor conditions at California City Detention Facility ("California City"), including inadequate health care, since before this lawsuit was filed. We continue to receive such reports, often multiple times a day. People detained at California City call our office almost every day.

3.      Specifically, since February 11, 2026, the Prison Law Office has received numerous phone calls, letters, voicemails, and other correspondence reporting allegations of inadequate health care at California City. These communications concern 63 people who are, or were recently, detained at the facility. Of these 63, I have personally heard from 48 people detained at California City about concerns regarding inadequate health care at the facility. I have also heard about the health care concerns of an additional nine detained people from communications received from their loved ones or attorneys. I understand that my colleagues at the Prison Law Office have heard from an additional six detained people regarding these issues.

4.      The communications we have received since February 11, 2026 include reports of health-care concerns, including problems receiving treatment for chronic illnesses such as diabetes; problems receiving treatment for serious diseases requiring specialty care such as cancer; problems with medication administration; lack of continuity of care following transfer to California City; and problems receiving responses to sick call requests reporting symptoms.

5.      I have not independently verified the truth of these reports and do not relate them to the Court for that purpose. Instead, I testify here to the fact that I and others in my office have personally received these reports and that these calls and communications are routine and ongoing, even after the Court issued its preliminary injunction on February 10, 2026.

DECLARATION OF GABRIELA PELSINGER IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO CORECIVIC'S SUPPLEMENTAL BRIEF
Case No. 1:26-cv-02546-JLT-CDB

6196885

Executed this 4th day of May, 2026, at Berkeley, California.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


/s/*Gabriela Pelsinger* (original signature retained by attorney Tess Borden)
GABRIELA PELSINGER

DECLARATION OF GABRIELA PELSINGER IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO CORECIVIC'S SUPPLEMENTAL BRIEF
Case No. 1:26-cv-02546-JLT-CDB

6196885