**EXHIBIT 1**

**EXHIBIT 1**

## DECLARATION OF CHRISTOPHER CHESTNUT

I, Christopher Chestnut, state the following based upon my personal knowledge.

1.    I am over the age of 18 and am competent to testify to the matters set forth in this Declaration.

2.    I am currently the Warden at CoreCivic's California City Correctional Facility[1] ("Cal City" or "the facility"), located at 22844 Virginia Boulevard, California City, a position I have held since June 2025.

3.    The facility is owned and operated by CoreCivic. The facility currently houses federal immigration detainees pursuant to a contract with Immigration and Customs Enforcement ("ICE").

4.    Prior to transferring to Cal City, I was the Warden at Nevada Southern Detention Center and the Assistant Warden at the Northeast Ohio Correctional Center.

5.    I have been employed by CoreCivic since 1995 and have more than 30 years of corrections and detention experience, including supervisory positions at multiple facilities utilized by ICE to house civil immigration detainees.

6.    I make this Declaration in support of CoreCivic's Reply in Support of Supplemental Brief Regarding Motion to Intervene (Dkt. 82) and Motion to Stay Pending Appeal (Dkt. 86).

7.    Prior to the Northern District's February 10, 2026 Order granting in part Plaintiffs' request for injunctive relief, Cal City had four rooms that could be used for contact legal visits. Due to the Order's requirement that in-person legal visits be three hours in duration, it was necessary for CoreCivic to create additional space for contact legal visits.

---

[1] The facility has also been variously referred to as the California City Correctional Center, California City Immigration Processing Center, and California City Detention Facility.

8.      CoreCivic subdivided the four existing legal visitation rooms and installed soundproofing barriers to create a total of eight rooms for contact legal visitation.

9.      The original estimate CoreCivic received for this project on February 18, 2026 was **$19,875**, not including electrical work. On March 20, 2026, a change order was issued for an additional **$8,900** to complete the walls, for a total cost of **$28,775**, not including electrical work. The project was completed at the end of March 2026.

10.     The electrical work was completed in conjunction with another project for which the electrical contractor was onsite, and I do not currently have a break down of the cost attributable solely to the contact legal visitation room project.

11.     We are required to staff the contact visitation area with an additional officer, at an approximate cost of **$104,083.20 per year** due to the need to visually monitor the additional four contact visitation rooms.

12.     At the time of the February 10, 2026 Order, the facility had 10 booths for virtual attorney visits ("VAV"), which were all located in one room. Due to the need to separate detainees by classification level and gender, only one classification/gender combination could be scheduled in the VAV area at a time.

13.     To accommodate the Order's requirement for 90-minute legal calls, we had to separate the VAV booths into two areas, each with five VAVs, to allow for two different classification/gender combinations to be scheduled for VAVs at a time.

14.     We also submitted a project to create two new VAV booths in the female housing unit to allow for additional VAV availability.

15.     CoreCivic received an estimate of **$69,395** to complete the two VAV projects. The actual final cost for the VAV projects was **$64,468.33**.

16.     The existing booths were separated on March 7, 2026, and the installation of the VAV booths in the female housing area was completed on April 30, 2026.

17.     To comply with the Court's Order requiring 90-minute legal calls, we estimated that we would need to staff an additional 2.5 officers at an approximate cost of

**$260,208 per year** to monitor the two separated VAV areas in the main VAV area and the new VAV booths in the female housing unit. Thus far, we have increased staffing for the VAV area by one additional officer, at an approximate cost of **$104,083.20 per year**, which has sufficed for the Facility's current population level. However, staffing for the VAV areas may need to be further increased when the Facility reaches full capacity.

18.     During the upcoming visit to the facility by the Court-appointed monitor, we will have to allocate security staff to accompany him at all times.

19.     If the monitor elects to speak with detainees regarding their health care, we will need to allocate security staff to transport the detainees to and from the interview room, as well as remain in the area to provide visual (but not auditory) monitoring during the interviews.

20.     The interviews will likely take place in one of the contact legal visitation rooms, preventing that room from being used for in-person attorney visits for the duration of the monitor's three-day inspection.

21.     When the monitor interviews health care staff, those individuals will be unable to complete their patient care duties for the duration of the interviews. Likewise, if the monitor interviews health care administrative staff, those individuals will be unable to complete their administrative responsibilities.

[THE REMAINDER OF THIS PAGE IS LEFT INTENTIONALLY BLANK]

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on May 11, 2026.

Christopher Chestnut