**EXHIBIT 2**

**EXHIBIT 2**

Daniel P. Struck, Pro Hac Vice
AZ Bar #012377
Dana M. Keene, CA Bar #324993
Anne M. Orcutt, Pro Hac Vice
AZ Bar #029387
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
dkeene@strucklove.com
aorcutt@strucklove.com

Nicholas H. Rasmussen, Bar #285736
McCORMICK BARSTOW, LLP
7647 North Fresno Street
Fresno, CA  93720
Tel:  (559) 433-1300
Fax: (559) 433-2300
nrasmussen@mccormickbarstow.com

Attorneys for Intervenor CoreCivic, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, et al., | Case No. 1:26-CV-02546-JLT-CDB |
| Plaintiffs, | **DECLARATION OF ANNE M. ORCUTT** |
| v. | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | |
| Defendants, | |
| CORECIVIC, INC., | |
| Intervenor. | |

I, Anne M. Orcutt, state the following based upon my personal knowledge.

1.      I am over the age of 18 and am competent to testify to the matters set forth in this Declaration.

2.      I am a partner at Struck Love Acedo, PLC and am admitted Pro Hac Vice in this matter as counsel for proposed intervenor CoreCivic, Inc. I submit this declaration in support of

- 1 -

DECLARATION OF ANNE M. ORCUTT
CASE NO.1:26-CV-02546-JLT-CDB

CoreCivic's Supplemental Brief Regarding the Motion to Intervene and Motion to Stay Pending Appeal.

3.    Attachment A is a true and correct copy of excerpted pages from Modification No. P00003 to contract 70CDCR25D00000010 issued on September 26, 2025 by Detention Compliance and Removals, ICE Office of Acquisition Management, which sets forth the Contract Line Item Numbers for operation of the California City Detention Facility for the period from September 1, 2025 to August 31, 2026. The full document was released in the ICE FOIA Library on December 29, 2025 and is available at: https://www.ice.gov/doclib/foia/detFacContracts/70CDCR25D00000010_P00003_CaliforniaCity CDF_CaliforniaCityCA.pdf.

4.    Attachment B is a true and correct copy of excerpted pages from the Performance Work Statement for contract 70CDCRD00000010. The full document was released in the ICE FOIA Library on May 1, 2026 as part of Modification No. P00004 at: https://www.ice.gov/doclib/foia/detFacContracts/70CDCR25D00000010_P00004_CaliforniaCity CDF_CaliforniaCityCA.pdf.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on May 11, 2026.

_anne M. Orcutt_

_____
Anne M. Orcutt

- 2 -

DECLARATION OF ANNE M. ORCUTT
CASE NO.1:26-CV-02546-JLT-CDB

**ATTACHMENT A**

**ATTACHMENT A**

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE  OF  PAGES |
|---|---|---|---|---|
| | | | | 1 78 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00003 | See Block 16C | | |

| 6. ISSUED BY | CODE | 70CDCR | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DCR |
|---|---|---|---|---|---|

DETENTION COMPLIANCE AND REMOVALS
ICE Office of Acquisition Management
500 12th St SW
WASHINGTON DC 20024

ICE/Detention Compliance & Removals
ICE Office of Acquisition Management
500 12th St SW
Washington DC 20024

**8. NAME AND ADDRESS OF CONTRACTOR** (No., street, county, State and ZIP Code)

CORECIVIC INC
ATTN CORECIVIC INC
5501 VIRGINIA WAY STE 110
BRENTWOOD TN 370277684

| (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|
| | 9B. DATED (SEE ITEM 11) |
| x | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>70CDCR25D00000010 |
| | 10B. DATED (SEE ITEM 13)<br>04/01/2025 |

| CODE | HJGMJN1JKL46 | FACILITY CODE | |
|---|---|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14.  The hour and date specified for receipt of Offers      ☐ is extended,    ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted ; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers.   FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER.  If by virtue of this amendment you desire to change an offer already submitted , such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** (If required)
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.  IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)<br>FAR 52.216-25 - Contract Definitization |

**E. IMPORTANT:**    Contractor    ☐ is not   ☒ is required to sign this document and return _____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
UEI:  HJGMJN1JKL46
Contracting Officer's Representative (COR)

661-281-

Alternate COR

916-475-

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME  AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Deputy General Cousel, VP Contracts | |

| 15B. | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| | 9/26/2025 | Digitally signed by<br>Date: 2025.09.26 16:27:12 -04'00' | 09/26/2025 |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

| Previous edition unusable | STANDARD FORM 30 (REV. 11/2016)<br>Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|

Case 1:26-cv-02546-JLT-CDB    Document 143-2    Filed 05/11/26    Page 6 of 10

NAME OF OFFEROR OR CONTRACTOR
CORECIVIC INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Contracting Officer | | | | |
| | 771-233- | | | | |
| | Contract Specialist | | | | |
| | 202-424- | | | | |
| | The purpose of this modification is to definitize the indefinite delivery indefinite quantity (IDIQ) contract for the California City Detention Facility in accordance with FAR 52.216-25. | | | | |
| | All services shall be performed in accordance with the terms and conditions of this IDIQ and the following attachments: | | | | |
| | Attachment 1: Performance Work Statement (PWS) Attachment 2: Anticipated Transportation Routes Attachment 3: Staffing Plan Attachment 4: Detention Services Cost Statement (DSCS) Attachment 5: Quality Assurance Surveillance Plan (QASP) Attachment 5A: Contract Discrepancy Report (CDR) Template Attachment 6: Wage Determination 2015-5603 Rev. 28 Attachment 7: Detention-Transportation Template – unlocked* Attachment 8: G-391 Upload Template Attachment 8A: G-391 Data Collection Categories and Descriptions Attachment 9: Prison Rape Elimination Act Regulations Attachment 10: Personal Property Operations Handbook, February 2019 Attachment 11: Virtual Attorney Visitation Attachment 12: ICE Firearms and Use of Force Handbook (included by reference – contains law enforcement sensitive information) Attachment 13: Contract Detention Facility Design Standards Attachment 14: EOIR Design Standards Attachment 15: IHSC Design Standard, June 2023 Attachment 16: Structured Cable Plant Standard, January 2025 Attachment 17: Small Business Subcontracting Plan Continued ... | | | | |

Case 1:26-cv-02546-JLT-CDB    Document 143-2    Filed 05/11/26    Page 7 of 10

NAME OF OFFEROR OR CONTRACTOR
CORECIVIC INC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Attachment 18:  Pre-occupancy Assessment<br>Attachment 19: Classroom to Courtroom Conversion<br>Floor Plans<br>Attachment 20: IHSC Final Report of Findings<br>Attachment 21: IHSC Staffing Recommendations<br>Attachment 22: Non-IHSC Facilities – Electronic<br>Health Record (eHR) Requirement<br>Attachment 23: Detailed Costs (Letter Contract)<br>Attachment 24: Prorated FOC Ramp Schedule and<br>Calculation<br>Period of Performance: 04/01/2025 to 09/30/2025<br><br>Change Item 0001 to read as follows(amount shown<br>is the obligated amount): | | | | |
| 0001 | Detention Services - Facility Operating Charge<br>(FOC)<br>Firm Fixed Price<br>Period of Performance: 01/01/2026 - 08/31/2026<br>Obligated Amount: $0.00<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD<br><br><br>Add Item 0002 as follows: | 8 | MO | ▮▮▮▮▮ | |
| 0002 | Detainee Population<br>▮▮▮▮▮▮▮<br>Period of Performance:  09/01/2025 - 08/31/2026<br><br>Firm Fixed Price<br>Obligated Amount: $0.00<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD<br><br><br>Add Item 0003 as follows: | | | | ▮▮▮▮▮ |
| 0003 | Monthly Transportation Services -<br>Based on estimated ▮▮▮▮ monthly miles<br>(Attachment 02)<br><br>Firm Fixed Price<br><br>Period of Performance: 09/01/2025 - 08/31/2026<br>Obligated Amount: $0.00<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD<br><br>Continued ... | 12 | MO | ▮▮▮▮▮ | ▮▮▮▮▮ |

**ATTACHMENT B**

**ATTACHMENT B**

U.S. Department of Homeland Security Immigration and Customs Enforcement



Performance Work Statement

1

REL0000235042

79), *Standards to Prevent, Detect, and Respond to Sexual Abuse and Assault in Confinement Facilities* (DHS PREA Standards) available at https://www.gpo.gov/fdsys/pkg/FR-2014-03-07/pdf/2014-04675.pdf.

The contractor shall be responsible for obtaining and maintaining American Correctional Association (ACA) (Standards Information - ACA Standards) Adult Local Detention Facilities (ALDF) (Standards for Adult Local Detention Facilities | Office of Justice Programs). Conformance with the ACA ALDF Standards is required on the first day of contract performance and accreditation shall be obtained within 18 months from the contract award. If the facility is already accredited, reaccreditation shall occur as required by ACA.

Should a change in the applicable standards and laws identified in this contract result in a documentable financial impact on the contractor, the contractor must notify the CO within 30 calendar days of receipt of the change **and both contractor and Government will negotiate best course of action**, either 1) a waiver to the Standards or, 2) to negotiate a prospective change in the bed day or other rates. Please note, any change in compensation rate will be prospective, beginning on the date the change is effective.

The contractor shall furnish all personnel, management, equipment, supplies, training, certification, accreditation, and services necessary for performance of all aspects of the contract. Unless explicitly stated otherwise, the contractor is responsible for all costs associated with and incurred as part of providing the services outlined in this contract.

The contractor shall provide fully operational radios or telephones assigned to each detention officer (including relief officers). The contractor shall maintain a serviceable, in stock, backup quantity of radios or telephones that are adequate for all staff and enough to cover backup staff and/or repairs and downtime.

The contractor will provide for the secure custody, care, and safekeeping of aliens in accordance with the state and local laws, standards, policies, procedures for firearms requirements, or court orders applicable to the operations of the facility.

The contractor shall enforce disciplinary actions against any alien who is not in compliance with the rules and procedures of the facility in accordance with applicable ICE NDS 2025 and applicable ICE policy.

In cases where there is a conflict in requirements, the most stringent standard shall apply. If the contractor is unable to determine which standard is more stringent, the contracting officer's representative (COR) shall determine the appropriate requirement.

The COR does not have the authority to modify the stated terms of the contract or approve any action that would result in additional charges to the government beyond what is stated in the contract line-item number schedule. The contracting officer (CO) shall make all modifications in writing.

The contractor retains the right to refuse acceptance of any alien if such refusal is supported by a valid justification and agreed to by the COR. For example: any alien found to have a medical condition that requires medical care beyond the scope of the contractor's health care provider. In the case of an alien already at the facility, the contractor shall notify ICE and request transfer of the alien from the facility. The contractor shall permit ICE reasonable time to make alternative arrangements for the alien.

DHS, ICE, federal entities, and third-party inspectors will conduct scheduled and unscheduled audits and inspections of performance to ensure contract compliance. Inspectors shall always have full access to the facility and in all areas of performance. The contractor shall provide full and complete cooperation for all requests related to detention oversight or investigation conducted by the government or third-party inspectors on behalf of the government.

3

REL0000235042