ERIC GRANT
United States Attorney
LYNN TRINKA ERNCE
BRODIE BUTLAND
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2720
FAX: (916) 554-2900
Lynn.Trinka.Ernce@usdoj.gov
Brodie.Butland@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA,<br><br>          Plaintiffs,<br><br>     v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; SERGIO ALBARRAN, Acting Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY, MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,<br><br>          Defendants. | CASE NO. 1:26-cv-02546-JLT-CDB<br><br>**FEDERAL DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT** |

**ANSWER**

Federal Defendants answer plaintiffs' First Amended Complaint as follows:

1.      Federal Defendants admit that California City Detention Center ("CCDF") is in the Mojave Desert and that all Plaintiffs have been detained there.  The remaining allegations in paragraph 1 are Plaintiffs' characterization of this action, to which no response is required. To the extent a response is required, Federal Defendants deny the remaining allegations.

2.      Federal Defendants admit that they are fulfilling their lawful, statutory duties related to immigration and that they partner with county jails, private prisons, and converted facilities.  Federal Defendants deny the remaining allegations in paragraph 2.

3.      Federal Defendants admit that ICE has contracted with CoreCivic, which operates CCDF, which can hold up to 2,560 detainees. The remaining allegations of the second and third sentences consist of Plaintiffs' interpretation and characterization of the cited news articles which speak for themselves.  Federal Defendants deny all allegations inconsistent therewith.

4.      Federal Defendants deny the allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

5.      Federal Defendants deny the allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

6.      Federal Defendants deny the allegations in the first three sentences of paragraph 6. Federal Defendants deny the remaining allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

7.      The allegations in paragraph 7 are Plaintiffs' characterizations of an article entitled "Newly Opened California City ICE Detention Facility: Dangerous for Disabled People," which speaks for itself.  Federal Defendants deny all allegations inconsistent therewith.  Federal Defendants deny the remaining allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

8.      In response to the allegations of paragraph 8, Federal Defendants admit that plaintiffs have petitioned the Court in this lawsuit but deny that plaintiffs' claims have legal merit.  Federal Defendants deny the remaining allegations of this paragraph.

**JURISDICTION AND VENUE**

9.     The allegations of paragraph 9 are legal conclusions to which no response is required.

10.     The allegations of paragraph 10 are legal conclusions to which no response is required.

11.     The allegations of paragraph 11 are legal conclusions to which no response is required.

12.     Federal Defendants deny the allegations of paragraph 12.

**PARTIES**

13.     In response to the allegations of paragraph 13, Federal Defendants admit that Plaintiff Fernando Gomez Ruiz was arrested on or around October 2025 and detained at CCDF.  Federal Defendants deny the remaining allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

14.     In response to the allegations of paragraph 14, Federal Defendants admit that Plaintiff Fernando Viera Reyes was arrested on or around August 2025 and detained at CCDF. Federal Defendants deny the remaining allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

15.     In response to the allegations of paragraph 15, Federal Defendants admit that Plaintiff Jose Ruiz Canizales was detained at CCDF on or around August 29, 2025. Federal Defendants deny the remaining allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

16.     In response to the allegations of paragraph 16, Federal Defendants admit that Plaintiff Yuri Roque Campos was detained at CCDF on or around September 5, 2025. Federal Defendants deny the remaining allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

17.     In response to the allegations of paragraph 17, Federal Defendants admit that Plaintiff Sokhean Keo was detained at CCDF on or around September 1, 2025. Federal Defendants deny the remaining allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

18.     In response to the allegations of paragraph 17, Federal Defendants admit that Plaintiff Gustavo Guevara Alarcon was detained at CCDF on or around August 29, 2025. Federal Defendants

deny the remaining allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

19. In response to the allegations of paragraph 19, Federal Defendants admit that Plaintiff Alejandro Mendiola Escutia was detained at CCDF on or around September 5, 2025. Federal Defendants deny the remaining allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

20. In response to paragraph 20, Federal Defendants admit that ICE is a federal agency within DHS that has contracted with CoreCivic to operate CCDF. Federal Defendants deny the remaining allegations of this paragraph.

21. In response to the allegations of paragraph 21, Federal Defendants admit that Todd M. Lyons was Director of ICE when the First Amended Complaint was filed. Federal Defendants deny all remaining allegations of this paragraph.

22. In response to paragraph 22, Federal Defendants admit that Sergio Albarran is the Field Office Director for ICE's San Francisco Enforcement and Removal Operations. Federal Defendants deny all remaining allegations of this paragraph.

23. In response to paragraph 23, Federal Defendants admit that DHS is a federal agency that plays a central role in administering the immigration system of the United States. Federal Defendants deny all other allegations in Paragraph 23.

24. Federal Defendants deny the allegations of paragraph 24.

**FACTUAL ALLEGATIONS**

25. In response to the allegations of paragraph 25, Federal Defendants admit that ICE transfers detainees to CCDF and contracted with CoreCivic to use CCDF. Federal Defendants deny the remaining allegations of this paragraph.

26. Federal Defendants deny the allegations of paragraph 26 due to lack of knowledge or information sufficient to form a belief as to their truth.

27. In response to the allegations of paragraph 27, Federal Defendants admit that ICE entered into a contract with CoreCivic to reopen CCDF. The remaining allegations of this paragraph are

Plaintiffs' interpretation of the cited news articles which speak for themselves.  Federal Defendants deny all allegations inconsistent therewith.

28.   In response to the allegations of paragraph 28, Federal Defendants admit that ICE inspected CCDF and that the facility effectively met the intended purpose. The remaining allegations of this paragraph are Plaintiffs' interpretation of the cited articles which speak for themselves.  Federal Defendants deny all allegations inconsistent therewith.

29.   Federal Defendants deny the allegations of paragraph 29 due to lack of knowledge or information sufficient to form a belief as to their truth.

30.   In response to the allegations of paragraph 30, Federal Defendants admit ICE began sending detainees to CCDF in August 2025.  Federal Defendants deny the remaining allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

31.   In response to the allegations of paragraph 31, Federal Defendants admit that some people were transferred to CCDF from other facilities. Federal Defendants deny the remaining allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

32.   In response to the allegations of paragraph 32, Federal Defendants admit that approximately 100 women were detained at CCDF in October 2025.  Federal Defendants deny the remaining allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

33.   Federal Defendants admit the allegations in the first sentence of paragraph 33. Federal Defendants deny the remaining allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

34.   Federal Defendants deny the allegations of paragraph 34.

35.   Federal Defendants deny the allegations of paragraph 35 due to lack of knowledge or information sufficient to form a belief as to their truth.

36.   Federal Defendants deny the allegations of paragraph 36 due to lack of knowledge or information sufficient to form a belief as to their truth.

37.   Federal Defendants deny the allegations of paragraph 37.

38. Federal Defendants deny the allegations of paragraph 38 due to lack of knowledge or information sufficient to form a belief as to their truth.

39. Federal Defendants deny the allegations of paragraph 39 due to lack of knowledge or information sufficient to form a belief as to their truth.

40. In response to the allegations of paragraph 40, Federal Defendants admit that more than 800 people are detained at CCDF. Federal Defendants deny the remaining allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

41. Federal Defendants deny the allegations of paragraph 41.

42. Federal Defendants deny the allegations in the first sentence of paragraph 42. Federal Defendants deny the remaining allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

43. Federal Defendants deny the allegations of paragraph 43 due to lack of knowledge or information sufficient to form a belief as to their truth.

44. In response to the allegations of paragraph 44, Federal Defendants admit that CCDF is a detention facility used for persons who are awaiting determination in their civil immigration cases or travel arrangements to other countries. Federal Defendants deny the remaining allegations of this paragraph.

45. Federal Defendants deny the allegations in the first and second sentences of paragraph 45. The remaining allegations of this paragraph are Plaintiffs' interpretation of the cited news articles and websites, which speak for themselves, and Federal Defendants deny all allegations inconsistent therewith.

46. Federal Defendants deny the allegations of paragraph 46.

47. In response to the allegations of paragraph 47, Federal Defendants admit that detainees are held in cells. Federal Defendants deny all remaining allegations of this paragraph.

48. Federal Defendants deny the allegations of paragraph 48 due to lack of knowledge or information sufficient to form a belief as to their truth.

49. Federal Defendants deny the allegations of paragraph 49 due to lack of knowledge or information sufficient to form a belief as to their truth.

50. Federal Defendants deny the allegations of paragraph 50 due to lack of knowledge or information sufficient to form a belief as to their truth.

51. Federal Defendants deny the allegations of paragraph 51 due to lack of knowledge or information sufficient to form a belief as to their truth.

52. Federal Defendants deny the allegations of paragraph 52 due to lack of knowledge or information sufficient to form a belief as to their truth.

53. Federal Defendants deny the allegations of paragraph 53 due to lack of knowledge or information sufficient to form a belief as to their truth.

54. Federal Defendants deny the allegations of paragraph 54.

55. Federal Defendants deny the allegations of paragraph 55 due to lack of knowledge or information sufficient to form a belief as to their truth.

56. Federal Defendants deny the allegations of paragraph 56 due to lack of knowledge or information sufficient to form a belief as to their truth.

57. Federal Defendants deny the allegations of paragraph 57 due to lack of knowledge or information sufficient to form a belief as to their truth.

58. Federal Defendants deny the allegations of paragraph 58 due to lack of knowledge or information sufficient to form a belief as to their truth.

59. Federal Defendants deny the allegations in the first sentence of paragraph 59. Federal Defendants deny the remaining allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

60. In response to the allegations of paragraph 60, Federal Defendants state the 2025 National Detention Standards (NDS) speaks for itself and deny all allegations inconsistent with that document.

61. Federal Defendants deny the allegations in the first sentence of paragraph 61. Federal Defendants deny the remaining allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

62. Federal Defendants deny the allegations of paragraph 62 due to lack of knowledge or information sufficient to form a belief as to their truth.

63.    Federal Defendants deny the allegations of paragraph 63 due to lack of knowledge or information sufficient to form a belief as to their truth.

64.    Federal Defendants deny the allegations of paragraph 64 due to lack of knowledge or information sufficient to form a belief as to their truth.

65.    Federal Defendants deny the allegations of paragraph 65 due to lack of knowledge or information sufficient to form a belief as to their truth.

66.    Federal Defendants deny the allegations of paragraph 66 due to lack of knowledge or information sufficient to form a belief as to their truth.

67.    Federal Defendants deny the allegations of paragraph 67 due to lack of knowledge or information sufficient to form a belief as to their truth.

68.    Federal Defendants deny the allegations of paragraph 68 due to lack of knowledge or information sufficient to form a belief as to their truth.

69.    Federal Defendants deny the allegations of paragraph 69 due to lack of knowledge or information sufficient to form a belief as to their truth.

70.    Federal Defendants deny the allegations of paragraph 70 due to lack of knowledge or information sufficient to form a belief as to their truth.

71.    In response to the allegations of paragraph 71, Federal Defendants state that the cited California regulations speak for themselves.  Federal Defendants deny all allegations inconsistent with those regulations.  Federal Defendants deny the remaining allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

72.    In response to paragraph 72, Policy Number No: 24002, *Review of the Use of Special Management Units for ICE Detainees* (Dec. 6, 2024), speaks for itself.  Federal Defendants deny all allegations inconsistent with that policy.  Federal Defendants deny the remaining allegations of this paragraph.

73.    In response to the allegations of paragraph 73, Federal Defendants admit that CCDF is a repurposed former prison and is a secure facility consisting of celled housing units.  Federal Defendants deny the remaining allegations of this paragraph.

FEDERAL DEFENDANTS' ANSWER TO
FIRST AMENDED COMPLAINT                         7

74. Federal Defendants deny the allegations of paragraph 74 due to lack of knowledge or information sufficient to form a belief as to their truth.

75. Federal Defendants deny the allegations of paragraph 75 due to lack of knowledge or information sufficient to form a belief as to their truth.

76. Federal Defendants deny the allegations of paragraph 76 due to lack of knowledge or information sufficient to form a belief as to their truth.

77. Federal Defendants deny the allegations of paragraph 77 due to lack of knowledge or information sufficient to form a belief as to their truth.

78. Federal Defendants deny the allegations of paragraph 78 due to lack of knowledge or information sufficient to form a belief as to their truth.

79. Federal Defendants deny the allegations of paragraph 79 due to lack of knowledge or information sufficient to form a belief as to their truth.

80. Federal Defendants deny the allegations of paragraph 80 due to lack of knowledge or information sufficient to form a belief as to their truth.

81. Federal Defendants deny the allegations of paragraph 81 due to lack of knowledge or information sufficient to form a belief as to their truth.

82. Federal Defendants deny the allegations of paragraph 82 due to lack of knowledge or information sufficient to form a belief as to their truth.

83. Federal Defendants deny the allegations of paragraph 83 due to lack of knowledge or information sufficient to form a belief as to their truth.

84. Federal Defendants deny the allegations of paragraph 84 due to lack of knowledge or information sufficient to form a belief as to their truth.

85. Federal Defendants deny the allegations of paragraph 85 due to lack of knowledge or information sufficient to form a belief as to their truth.

86. Federal Defendants deny the allegations of paragraph 86 due to lack of knowledge or information sufficient to form a belief as to their truth.

87. Federal Defendants deny the allegations of paragraph 87 due to lack of knowledge or information sufficient to form a belief as to their truth.

88. Federal Defendants deny the allegations of paragraph 88 due to lack of knowledge or information sufficient to form a belief as to their truth.

89. Federal Defendants deny the allegations of paragraph 89 due to lack of knowledge or information sufficient to form a belief as to their truth.

90. Federal Defendants deny the allegations of paragraph 90 due to lack of knowledge or information sufficient to form a belief as to their truth.

91. Federal Defendants deny the allegations of paragraph 91 due to lack of knowledge or information sufficient to form a belief as to their truth.

92. Federal Defendants deny the allegations of paragraph 92 due to lack of knowledge or information sufficient to form a belief as to their truth.

93. Federal Defendants deny the allegations of paragraph 93 due to lack of knowledge or information sufficient to form a belief as to their truth.

94. Federal Defendants deny the allegations of paragraph 94 due to lack of knowledge or information sufficient to form a belief as to their truth.

95. Federal Defendants deny the allegations of paragraph 95 due to lack of knowledge or information sufficient to form a belief as to their truth.

96. Federal Defendants deny the allegations of paragraph 96 due to lack of knowledge or information sufficient to form a belief as to their truth.

97. Federal Defendants deny the allegations of paragraph 97 due to lack of knowledge or information sufficient to form a belief as to their truth.

98. Federal Defendants deny the allegations of paragraph 98 due to lack of knowledge or information sufficient to form a belief as to their truth.

99. Federal Defendants deny the allegations of paragraph 99 due to lack of knowledge or information sufficient to form a belief as to their truth.

100. Federal Defendants deny the allegations of paragraph 100 due to lack of knowledge or information sufficient to form a belief as to their truth.

101. Federal Defendants deny the allegations of paragraph 101 due to lack of knowledge or information sufficient to form a belief as to their truth.

102. Federal Defendants deny the allegations of paragraph 102 due to lack of knowledge or information sufficient to form a belief as to their truth.

103. Federal Defendants deny the allegations of paragraph 103 due to lack of knowledge or information sufficient to form a belief as to their truth.

104. In response to paragraph 104, Federal Defendants state that the 2025 NDS speaks for itself and deny all allegations inconsistent with that document.

105. Federal Defendants deny the allegations of paragraph 105 due to lack of knowledge or information sufficient to form a belief as to their truth.

106. Federal Defendants deny the allegations of paragraph 106 due to lack of knowledge or information sufficient to form a belief as to their truth.

107. Federal Defendants deny the allegations of paragraph 107 due to lack of knowledge or information sufficient to form a belief as to their truth.

108. Federal Defendants deny the allegations of paragraph 108 due to lack of knowledge or information sufficient to form a belief as to their truth.

109. In response to the allegations of paragraph 109, Federal Defendants state that the 2025 NDS speaks for itself and deny all allegations inconsistent with that document. Federal Defendants deny the remaining allegations of this paragraph.

110. Federal Defendants deny the allegations of paragraph 110 due to lack of knowledge or information sufficient to form a belief as to their truth.

111. Federal Defendants deny the allegations of paragraph 111 due to lack of knowledge or information sufficient to form a belief as to their truth.

112. Federal Defendants deny the allegations of paragraph 112 due to lack of knowledge or information sufficient to form a belief as to their truth.

113. Federal Defendants deny the allegations of paragraph 113 due to lack of knowledge or information sufficient to form a belief as to their truth.

114. Federal Defendants deny the allegations of paragraph 114 due to lack of knowledge or information sufficient to form a belief as to their truth.

115. Federal Defendants deny the allegations of paragraph 115 due to lack of knowledge or information sufficient to form a belief as to their truth.

116. Federal Defendants deny the allegations of paragraph 116 due to lack of knowledge or information sufficient to form a belief as to their truth.

117. Federal Defendants deny the allegations of paragraph 117 due to lack of knowledge or information sufficient to form a belief as to their truth.

118. In response to the allegations of paragraph 118, Federal Defendants state that, for safety purposes, some personal items may be restricted at intake.  Defendants deny the remaining allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

119. Defendants deny the allegations of paragraph 119 due to lack of knowledge or information sufficient to form a belief as to their truth.

120. Defendants deny the allegations of paragraph 120 due to lack of knowledge or information sufficient to form a belief as to their truth.

121. Defendants deny the allegations of paragraph 121 due to lack of knowledge or information sufficient to form a belief as to their truth.

122. Defendants deny the allegations of paragraph 122 due to lack of knowledge or information sufficient to form a belief as to their truth.

123. In response to the allegations of paragraph 123, Federal Defendants state that the 2025 NDS speaks for itself and deny all allegations inconsistent with that document. Federal Defendants deny the remaining allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

124. In response to the allegations of paragraph 124, Federal Defendants deny that detainees are denied adequate medical or mental health care or that specialty care is denied.  Federal Defendants deny the remaining allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

125. Federal Defendants deny the allegations of paragraph 125 due to lack of knowledge or information sufficient to form a belief as to their truth.

126. Federal Defendants deny the allegations of paragraph 126 due to lack of knowledge or information sufficient to form a belief as to their truth.

127. Federal Defendants deny the allegations of paragraph 127 due to lack of knowledge or information sufficient to form a belief as to their truth.

128. Federal Defendants deny the allegations of paragraph 128 due to lack of knowledge or information sufficient to form a belief as to their truth.

129. Federal Defendants deny the allegations of paragraph 129 due to lack of knowledge or information sufficient to form a belief as to their truth.

130. Federal Defendants deny the allegations of paragraph 130 due to lack of knowledge or information sufficient to form a belief as to their truth.

131. Federal Defendants deny the allegations of paragraph 131 due to lack of knowledge or information sufficient to form a belief as to their truth.

132. Federal Defendants deny the allegations of paragraph 132 due to lack of knowledge or information sufficient to form a belief as to their truth.

133. Federal Defendants deny the allegations of paragraph 133 due to lack of knowledge or information sufficient to form a belief as to their truth.

134. In response to paragraph 134, Federal Defendants state that certain federal laws require consent from the detainees that medical information be turned over and that Federal Defendants must comply with these laws. Federal Defendants deny the remaining allegations of this paragraph.

135. Federal Defendants deny the allegations of paragraph 135 due to lack of knowledge or information sufficient to form a belief as to their truth.

136. Federal Defendants deny the allegations of paragraph 136 due to lack of knowledge or information sufficient to form a belief as to their truth.

137. Federal Defendants deny the allegations of paragraph 137 due to lack of knowledge or information sufficient to form a belief as to their truth.

138. In response to paragraph 138, Federal Defendants deny that they have failed to ensure that detainees have received proper medical care. Federal Defendants deny the remaining allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

139.     Federal Defendants deny the allegations of paragraph 139 due to lack of knowledge or information sufficient to form a belief as to their truth.

140.     Federal Defendants deny the allegations of paragraph 140 due to lack of knowledge or information sufficient to form a belief as to their truth.

141.     In response to paragraph 141, Federal Defendants deny that detainees at CCDF are unable to access medical care in a timely manner.  Federal Defendants deny the remaining allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

142.     Federal Defendants deny the allegations of paragraph 142 due to lack of knowledge or information sufficient to form a belief as to their truth.

143.     Federal Defendants deny the allegations of paragraph 143 due to lack of knowledge or information sufficient to form a belief as to their truth.

144.     Federal Defendants deny the allegations of paragraph 144 due to lack of knowledge or information sufficient to form a belief as to their truth.

145.     Federal Defendants deny the allegations of paragraph 145 due to lack of knowledge or information sufficient to form a belief as to their truth.

146.     Federal Defendants deny the allegations of paragraph 146 due to lack of knowledge or information sufficient to form a belief as to their truth.

147.     Federal Defendants deny the allegations of paragraph 147 due to lack of knowledge or information sufficient to form a belief as to their truth.

148.     Federal Defendants deny the allegations of paragraph 148 due to lack of knowledge or information sufficient to form a belief as to their truth.

149.     Federal Defendants deny the allegations of paragraph 149 due to lack of knowledge or information sufficient to form a belief as to their truth.

150.     Federal Defendants deny the allegations of paragraph 150 due to lack of knowledge or information sufficient to form a belief as to their truth.

151.     In response to the allegations of paragraph 151, Federal Defendants deny that CCDF fails to accommodate the medical needs of detainees.  Federal Defendants deny the remaining allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

152.    Federal Defendants deny the allegations of paragraph 152 due to lack of knowledge or information sufficient to form a belief as to their truth.

153.    Federal Defendants deny the allegations of paragraph 153 due to lack of knowledge or information sufficient to form a belief as to their truth.

154.    Federal Defendants deny the allegations of paragraph 154 due to lack of knowledge or information sufficient to form a belief as to their truth.

155.    In response to the allegations of paragraph 155, Federal Defendants state that they accommodate detainees' medical conditions.  Federal Defendants deny the remaining allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

156.    In response to paragraph 156, Federal Defendants deny the allegations in the first sentence.  Federal Defendants deny the remaining allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

157.    Federal Defendants deny the allegations of paragraph 157 due to lack of knowledge or information sufficient to form a belief as to their truth.

158.    Federal Defendants deny the allegations of paragraph 158 due to lack of knowledge or information sufficient to form a belief as to their truth.

159.    Federal Defendants deny the allegations of paragraph 159 due to lack of knowledge or information sufficient to form a belief as to their truth.

160.    Federal Defendants deny the allegations of paragraph 160 due to lack of knowledge or information sufficient to form a belief as to their truth.

161.    Federal Defendants deny the allegations of paragraph 161 due to lack of knowledge or information sufficient to form a belief as to their truth.

162.    Federal Defendants deny the allegations of paragraph 162 due to lack of knowledge or information sufficient to form a belief as to their truth.

163.    Federal Defendants deny the allegations of paragraph 163.

164.    In response to the allegations of paragraph 164, Federal Defendants state that the Detainee Handbook speaks for itself and deny all allegations inconsistent with that document.  Federal

Defendants deny the remaining allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

165.    Federal Defendants deny the allegations of paragraph 165 due to lack of knowledge or information sufficient to form a belief as to their truth.

166.    In response to the allegations of paragraph 166, Federal Defendants deny the allegations in the first sentence. Federal Defendants deny the remaining allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

167.    In response to the allegations of paragraph 167, Federal Defendants admit that they accommodate the medical needs of the detainees at CCDF (which can include taking them to nearby hospitals), and that the facility has two helipads that can be used for emergency air transport when needed.  Federal Defendants deny the remaining allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

168.    Federal Defendants deny the allegations of paragraph 168 due to lack of knowledge or information sufficient to form a belief as to their truth.

169.    Federal Defendants deny the allegations of paragraph 169 due to lack of knowledge or information sufficient to form a belief as to their truth.

170.    In response to the allegations of paragraph 170, Federal Defendants admit that they accommodate the medical needs of the detainees, which can include placing them in medical observation cells.  Federal Defendants deny the remaining allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

171.    Federal Defendants deny the allegations of paragraph 171 due to lack of knowledge or information sufficient to form a belief as to their truth.

172.    Federal Defendants deny the allegations of paragraph 172 due to lack of knowledge or information sufficient to form a belief as to their truth.

173.    Federal Defendants deny the allegations of paragraph 173.

174.    Federal Defendants deny the allegations of paragraph 174 due  to lack of knowledge or information sufficient to form a belief as to their truth.

175. In response to the allegations of paragraph 175, Federal Defendants admit that some detainees have medical concerns that are accommodated and that Federal Defendants provide adequate health care and medical staffing. Federal Defendants deny the remaining allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

176. Federal Defendants deny the allegations of paragraph 176 due to lack of knowledge or information sufficient to form a belief as to their truth.

177. Federal Defendants deny the allegations of paragraph 177 due to lack of knowledge or information sufficient to form a belief as to their truth.

178. Federal Defendants deny the allegations of paragraph 178 due to lack of knowledge or information sufficient to form a belief as to their truth.

179. Federal Defendants deny the allegations of paragraph 179 due to lack of knowledge or information sufficient to form a belief as to their truth.

180. Federal Defendants deny the allegations of paragraph 180 due to lack of knowledge or information sufficient to form a belief as to their truth.

181. Federal Defendants deny the allegations of paragraph 181 due to lack of knowledge or information sufficient to form a belief as to their truth.

182. Federal Defendants deny the allegations of paragraph 182 due to lack of knowledge or information sufficient to form a belief as to their truth.

183. Federal Defendants deny the allegations of paragraph 183 due to lack of knowledge or information sufficient to form a belief as to their truth.

184. Federal Defendants deny the allegations of paragraph 184.

185. Federal Defendants deny the allegations of paragraph 185 due to lack of knowledge or information sufficient to form a belief as to their truth.

186. Federal Defendants deny the allegations of paragraph 186 due to lack of knowledge or information sufficient to form a belief as to their truth.

187. Federal Defendants deny the allegations of paragraph 187 due to lack of knowledge or information sufficient to form a belief as to their truth.

188.    Federal Defendants deny the allegations of paragraph 188 due to lack of knowledge or information sufficient to form a belief as to their truth.

189.    Federal Defendants deny the allegations of paragraph 189 due to lack of knowledge or information sufficient to form a belief as to their truth.

190.    Federal Defendants deny the allegations of paragraph 190 due to lack of knowledge or information sufficient to form a belief as to their truth.

191.    Federal Defendants deny the allegations of paragraph 191 due to lack of knowledge or information sufficient to form a belief as to their truth.

192.    Federal Defendants deny the allegations of paragraph 192 due to lack of knowledge or information sufficient to form a belief as to their truth.

193.    Federal Defendants deny the allegations of paragraph 193 due to lack of knowledge or information sufficient to form a belief as to their truth.

194.    Federal Defendants deny the allegations of paragraph 194 due to lack of knowledge or information sufficient to form a belief as to their truth.

195.    Federal Defendants deny the allegations of paragraph 195 due to lack of knowledge or information sufficient to form a belief as to their truth.

196.    Federal Defendants deny the allegations of paragraph 196 due to lack of knowledge or information sufficient to form a belief as to their truth.

197.    Federal Defendants deny the allegations of paragraph 197 due to lack of knowledge or information sufficient to form a belief as to their truth.

198.    Federal Defendants deny the allegations of paragraph 198 due to lack of knowledge or information sufficient to form a belief as to their truth.

199.    Federal Defendants deny the allegations of paragraph 199 due to lack of knowledge or information sufficient to form a belief as to their truth.

200.    Federal Defendants deny the allegations of paragraph 200 due to lack of knowledge or information sufficient to form a belief as to their truth.

201.    Federal Defendants deny the allegations of paragraph 201 due to lack of knowledge or information sufficient to form a belief as to their truth.

202.    Federal Defendants deny the allegations of paragraph 202 due to lack of knowledge or information sufficient to form a belief as to their truth.

203.    In response to the allegations of paragraph 203, Federal Defendants state that the language of the Disability Rights California report speaks for itself, and Federal Defendants deny any allegations inconsistent with that report.  Federal Defendants deny the remaining allegations of this paragraph.

204.    In response to the allegations of paragraph 204, Federal Defendants state that the language of the California City Detainee Handbook speaks for itself, and Federal Defendants deny any allegations inconsistent with that report.  Federal Defendants deny the remaining allegations of this paragraph.

205.    In response to the allegations of paragraph 205, Federal Defendants state that the language of the documents speaks for itself, and Federal Defendants deny any allegations inconsistent with those documents.  Federal Defendants deny the remaining allegations of this paragraph.

206.    Federal Defendants deny the allegations of paragraph 206 due to lack of knowledge or information sufficient to form a belief as to their truth.

207.    Federal Defendants deny the allegations of paragraph 207 due to lack of knowledge or information sufficient to form a belief as to their truth.

208.    Federal Defendants deny the allegations of paragraph 208 due to lack of knowledge or information sufficient to form a belief as to their truth.

209.    Federal Defendants deny the allegations of paragraph 209 due to lack of knowledge or information sufficient to form a belief as to their truth.

210.    Federal Defendants deny the allegations of paragraph 210 due to lack of knowledge or information sufficient to form a belief as to their truth.

211.    In response to the allegations of paragraph 211, Federal Defendants admit that detainees can request disability accommodation at intake, through submission of a sick call request form to the Disability Compliance Coordinator, or during any medical encounter.  Federal Defendants deny the remaining allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

212.    Federal Defendants deny the allegations of paragraph 212.

213.    Federal Defendants deny the allegations of paragraph 213 due to lack of knowledge or information sufficient to form a belief as to their truth.

214.    Federal Defendants deny the allegations of paragraph 214 due to lack of knowledge or information sufficient to form a belief as to their truth.

215.    Federal Defendants deny the allegations of paragraph 215 due to lack of knowledge or information sufficient to form a belief as to their truth.

216.    Federal Defendants deny the allegations of paragraph 216 due to lack of knowledge or information sufficient to form a belief as to their truth.

217.    Federal Defendants deny the allegations of paragraph 217 due to lack of knowledge or information sufficient to form a belief as to their truth.

218.    In response to the allegations of paragraph 218, Federal Defendants admit that they have a system in place to access the needs of detainees with disabilities.  Federal Defendants deny the remaining allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

219.    Federal Defendants deny the allegations of paragraph 219 due to lack of knowledge or information sufficient to form a belief as to their truth.

220.    Federal Defendants deny the allegations of paragraph 220 due to lack of knowledge or information sufficient to form a belief as to their truth.

221.    Federal Defendants deny the allegations of paragraph 221 due to lack of knowledge or information sufficient to form a belief as to their truth.

222.    Federal Defendants deny the allegations of paragraph 222.

223.    The allegations in this paragraph consist of Plaintiffs' characterization of the Detainee Handbook which speaks for itself, and to which no response is required. To the extent a response is required, Defendants admit the contents of the Handbook, and deny the remaining allegations in this paragraph.

224.    Federal Defendants deny the allegations of paragraph 224 due to lack of knowledge or information sufficient to form a belief as to their truth.

225. Federal Defendants deny the allegations of paragraph 225 due to lack of knowledge or information sufficient to form a belief as to their truth.

226. Federal Defendants deny the allegations of paragraph 226 due to lack of knowledge or information sufficient to form a belief as to their truth.

227. Federal Defendants deny the allegations of paragraph 227 due to lack of knowledge or information sufficient to form a belief as to their truth.

228. Federal Defendants deny the allegations of paragraph 228 due to lack of knowledge or information sufficient to form a belief as to their truth.

229. Federal Defendants deny the allegations of paragraph 229 due to lack of knowledge or information sufficient to form a belief as to their truth.

230. Federal Defendants deny the allegations of paragraph 230 due to lack of knowledge or information sufficient to form a belief as to their truth.

231. Federal Defendants deny the allegations of paragraph 231 due to lack of knowledge or information sufficient to form a belief as to their truth.

232. Federal Defendants deny the allegations of paragraph 232 due to lack of knowledge or information sufficient to form a belief as to their truth.

233. Federal Defendants deny the allegations of paragraph 233 due to lack of knowledge or information sufficient to form a belief as to their truth.

234. Federal Defendants deny the allegations of paragraph 234 due to lack of knowledge or information sufficient to form a belief as to their truth.

235. Federal Defendants deny the allegations of paragraph 235 due to lack of knowledge or information sufficient to form a belief as to their truth.

236. In response to the allegations of paragraph 236, Federal Defendants admit that they have engaged in some construction to reopen the facility as an immigration facility but otherwise deny the remaining allegations in the first sentence. Federal Defendants deny the remaining allegations of this paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

237. Federal Defendants deny the allegations of paragraph 237.

238. Defendants deny the allegations in paragraph 238.

239. Federal Defendants deny the allegations of paragraph 239 due to lack of knowledge or information sufficient to form a belief as to their truth.

240. In response to the allegations of paragraph 240, Federal Defendants deny that they fail to ensure people with disabilities have equal access to religious services. Federal Defendants deny the remaining allegations of his paragraph due to lack of knowledge or information sufficient to form a belief as to their truth.

241. Federal Defendants deny the allegations of paragraph 241 due to lack of knowledge or information sufficient to form a belief as to their truth.

242. Federal Defendants deny the allegations of paragraph 242 due to lack of knowledge or information sufficient to form a belief as to their truth.

243. Federal Defendants deny the allegations of paragraph 243 due to lack of knowledge or information sufficient to form a belief as to their truth.

244. Federal Defendants deny the allegations of paragraph 244 due to lack of knowledge or information sufficient to form a belief as to their truth.

245. Federal Defendants deny the allegations of paragraph 245 due to lack of knowledge or information sufficient to form a belief as to their truth.

### INJUNCTIVE RELIEF

246. Federal Defendants hereby incorporate by reference their responses to paragraphs 1-245.

247. Federal Defendants deny the allegations of paragraph 247.

248. Federal Defendants deny the allegations of paragraph 248.

249. Federal Defendants deny the allegations of paragraph 249.

250. Federal Defendants deny the allegations of paragraph 250.

251. Federal Defendants deny the allegations of paragraph 251.

### CLASS ACTION ALLEGATIONS

252. Federal Defendants hereby incorporate by reference their responses to paragraphs 1-251.

253. In response to the allegations of paragraph 253, Federal Defendants admit that the named plaintiffs have brought a class action under Federal Rules of Civil Procedure 23(a) and (b)(2), but deny that class certification or class relief is warranted.

FEDERAL DEFENDANTS' ANSWER TO
FIRST AMENDED COMPLAINT                    21

254. In response to the allegations of paragraph 254, Federal Defendants admit that plaintiffs seek certification of a class consistent with the quoted language, but deny that class certification or class relief is warranted.

255. In response to the allegations of paragraph 255, Federal Defendants admit that plaintiffs seek certification of a class consistent with the quoted language, but deny that class certification or class relief is warranted.

256. Federal Defendants deny the allegations of paragraph 256.

257. Federal Defendants deny the allegations of paragraph 257.

258. Federal Defendants deny the allegations of paragraph 258.

259. Federal Defendants deny the allegations of paragraph 259.

260. Federal Defendants deny the allegations of paragraph 260.

261. Federal Defendants deny the allegations of paragraph 261.

262. Federal Defendants deny the allegations of paragraph 262.

263. Federal Defendants deny the allegations of paragraph 263.

264. Federal Defendants deny the allegations of paragraph 264.

265. Federal Defendants deny the allegations of paragraph 265.

266. Federal Defendants deny the allegations of paragraph 266.

267. Federal Defendants deny the allegations of paragraph 267.

**CLAIMS FOR RELIEF**

**FIRST CLAIM**

268. Federal Defendants hereby incorporate by reference their responses to paragraphs 1-267.

269. In response to the allegations of paragraph 269, Federal Defendants state that the text of *Jones v. Blanas*, 393 F.3d 918 (9th Cir. 2004), speaks for itself and admits plaintiffs' characterizations of its language only to the extent that they are consistent with that text. Federal Defendants deny that they have violated due process, and deny the remaining allegations of this paragraph.

270. Federal Defendants deny the allegations of paragraph 270.

271. Federal Defendants deny the allegations of paragraph 271.

272. Federal Defendants deny the allegations of paragraph 272.

273.    Federal Defendants deny the allegations of paragraph 273.

274.    Federal Defendants deny the allegations of paragraph 274.

275.    Federal Defendants deny the allegations of paragraph 275.

276.    Federal Defendants deny the allegations of paragraph 276.

## SECOND CLAIM

277.    Federal Defendants deny the allegations of paragraph 277.

278.    Federal Defendants deny the allegations of paragraph 278.

## THIRD CLAIM

279.    Federal Defendants hereby incorporate by reference their responses to paragraphs 1-279.

280.    In response to the allegations of paragraph 280, Federal Defendants admit that the First Amendment provides plaintiffs with a right to hire, consult, and communicate with an attorney, but deny that they have unreasonably restricted this right.

281.    Federal Defendants deny the allegations of paragraph 281.

## FOURTH CLAIM

282.    Federal Defendants hereby incorporate by reference their responses to paragraphs 1-281.

283.    In response to the allegations of paragraph 283, Federal Defendants admit that the Fifth Amendment provides plaintiffs with a right to hire, consult, and communicate with an attorney, but deny that they have unreasonably restricted this right.

284.    In response to the allegations of paragraph 284, Federal Defendants admit that the First Amendment provides plaintiffs with a right to hire, consult, and communicate with an attorney, but deny that they have unreasonably restricted this right.

285.    In response to the allegations of paragraph 285, Federal Defendants state that the text of *Jones v. Blanas*, 393 F.3d 918 (9th Cir. 2004), speaks for itself and admits plaintiffs' characterizations of its language only to the extent that they are consistent with that text.  Federal Defendants deny that they have violated due process, and deny the remaining allegations of this paragraph.

286.    Federal Defendants deny the allegations of paragraph 286.

287.    Federal Defendants deny the allegations of paragraph 287.

288.    Federal Defendants deny the allegations of paragraph 288.

289.    Federal Defendants deny the allegations of paragraph 289.

**FIFTH CLAIM**

290.    Federal Defendants hereby incorporate by reference their responses to paragraphs 1-289.

291.    Federal Defendants deny the allegations of paragraph 281 due to lack of knowledge or information sufficient to form a belief as to their truth.

292.    Federal Defendants deny the allegations of paragraph 292.

293.    Federal Defendants deny the allegations of paragraph 293.

294.    Federal Defendants deny the allegations of paragraph 294.

295.    Federal Defendants controvert the prayer for relief.

296.    Federal Defendants deny all allegations not expressly admitted herein.

297.    Federal Defendants reserve the right to amend their Answer as additional information becomes available.

**AFFIRMATIVE DEFENSES**

1.    The Court lacks subject matter jurisdiction over one or more claims or requests for relief in the Amended Complaint.

2.    The Amended Complaint fails to state a claim upon which relief may be granted against Federal Defendants.

3.    Plaintiffs lack standing both individually and in a representative capacity as to the class claims.

4.    Federal Defendants are entitled to all privileges and immunities under federal law, including but not limited to, intergovernmental immunity and preemption.

5.    Federal Defendants acted in good faith and in a reasonable manner given the existing information and circumstances.

6.    Federal Defendants were not aware of a substantial risk of serious harm to plaintiffs.

7.    Federal Defendants were not deliberately or recklessly indifferent to plaintiffs' serious medical needs.

8.    Federal Defendants did not unreasonably restrict plaintiffs' access to counsel.

FEDERAL DEFENDANTS' ANSWER TO
FIRST AMENDED COMPLAINT                         24

9.      Any limitations on access to counsel at CCDF are rationally connected to legitimate, non-punitive governmental interests.

10.     Federal Defendants' actions and/or the actions of its employees and contractors were in furtherance of legitimate detention interests.

11.     Federal Defendants provided equal access to facility programs, services, and activities to individuals with disabilities at CCDF.

12.     Federal Defendants and their employees and contractors have not denied access to reasonable accommodations necessary for individuals with disabilities to access facility programs, services, and activities at CCDF.

13.     To the extent Plaintiffs allege they have been denied a job or benefit because of a disability, such denial was consistent with business necessity because providing such job or benefit would have posed a direct threat to the health or safety of the applicant or other individuals, would have imposed an undue hardship and/or fundamentally altered the facility and/or services provided at CCDF, and/or was necessary to meet the needs of the detention setting.

14.     Plaintiffs' own volitional conduct was the cause of their alleged injuries and/or plaintiffs assumed the risk of their alleged injuries.

15.     Plaintiffs are estopped from obtaining equitable relief to the extent they have refused medical or mental health care or to cooperate with medical or mental health professionals with respect to such care.

16.     Plaintiffs' claims are insufficiently based on mere differences of medical opinions between providers.

17.     Plaintiffs' claims are barred by the doctrines of res judicata or collateral estoppel to the extent they were raised and adjudicated in a separate case, including but not limited to a petition for habeas corpus relief.

18.     Plaintiffs' claims are moot to the extent they have been released or have already received relief for the alleged injuries.

19.     Federal Defendants and their employees and agents have not fallen below the applicable standard of care.

FEDERAL DEFENDANTS' ANSWER TO
FIRST AMENDED COMPLAINT                          25

20.     Class certification and/or class relief is unwarranted under the standards of Federal Rules of Civil Procedure 23(a) and (b)(2).

21.     Injunctive relief is unwarranted because there is no threat of future irreparable harm.

22.     Federal Defendants reserve the right to add additional defenses learned through discovery in this matter.

Dated:  May 15, 2026

ERIC GRANT
United States Attorney

*/s/ Lynn Trinka Ernce*
LYNN TRINKA ERNCE
BRODIE M. BUTLAND
Assistant United States Attorneys