Daniel P. Struck, Pro Hac Vice
AZ Bar #012377
Dana M. Keene, CA Bar #324993
Anne M. Orcutt, Pro Hac Vice
AZ Bar #029387
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
dkeene@strucklove.com
aorcutt@strucklove.com

Nicholas H. Rasmussen, Bar #285736
McCORMICK BARSTOW, LLP
7647 North Fresno Street
Fresno, CA  93720
Tel:  (559) 433-1300
Fax: (559) 433-2300
nrasmussen@mccormickbarstow.com

Attorneys for Intervenor CoreCivic, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, et al., | Case No. 1:26-CV-02546-JLT-CDB |
| Plaintiffs, | ~~PROPOSED~~ **ORDER CLARIFYING SCOPE OF INTERVENTION** |
| v. | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | |
| Defendants, | |
| CORECIVIC, INC., | |
| Intervenor. | |

Upon review of CoreCivic, Inc.'s Motion for Administrative Relief to Clarify Intervention

Order (Doc. 144), and good cause having been shown, the Motion is GRANTED.

CoreCivic may intervene as a defendant for the limited purposes of appealing the

February 10, 2026 preliminary class certification and preliminary injunction order, the March 27,

- 1 -

[~~PROPOSED~~] ORDER
CASE NO.1:26-CV-02546-JLT-CDB

2026 Memorandum of Decision, and the March 30, 2026 Order Appointing Muthusamy Anandkumar as External Monitor.

IT IS SO ORDERED.

Dated:  **May 22, 2026**

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
CASE NO.1:26-CV-02546-JLT-CDB