Daniel P. Struck, Pro Hac Vice
AZ Bar #012377
Dana M. Keene, CA Bar #324993
Anne M. Orcutt, Pro Hac Vice
AZ Bar #029387
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
dkeene@strucklove.com
aorcutt@strucklove.com

Nicholas H. Rasmussen, Bar #285736
McCORMICK BARSTOW, LLP
7647 North Fresno Street
Fresno, CA  93720
Tel:  (559) 433-1300
Fax: (559) 433-2300
nrasmussen@mccormickbarstow.com

Attorneys for Intervenor CoreCivic, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>　　　　　　　　Defendants,<br><br>CORECIVIC, INC.,<br><br>　　　　　　　　Intervenor. | Case No. 1:26-CV-02546-JLT-CDB<br><br>**NOTICE OF APPEAL** |

Pursuant to Federal Rule of Appellate Procedure 3(a), Intervenor CoreCivic, Inc. hereby appeals to the United States Court of Appeals for the Ninth Circuit the March 27, 2026 Memorandum of Decision (Dkt. 111) and March 30, 2026 Order Appointing Muthusamy Anandkumar as External Monitor (Dkt. 112).  *See* 28 U.S.C. § 1292(a)(1); Fed. R. App. P. 4(a)(1)(B); *see also*, *e.g.*, *Montana Wildlife Fed'n v. Haaland*, 127 F.4th 1, 34 (9th Cir. 2025).

- 1 -

NOTICE OF APPEAL                                              CASE NO. 1:26-CV-02546-JLT-CDB

DATED this 22nd day of May 2026.

By /s/ Daniel P. Struck
Daniel P. Struck
Dana M. Keene
Anne M. Orcutt
STRUCK LOVE ACEDO, PLC

Nicholas H. Rasmussen
McCORMICK, BARSTOW, LLP

*Attorneys for Intervenor CoreCivic, Inc.*

- 2 -

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

CoreCivic, Inc.

Name(s) of counsel (if any):

Daniel P. Struck
Nicholas D. Acedo

Address: 3100 W. Ray Road, Ste. 300, Chandler, AZ  85226

Telephone number(s): 480-420-1600

Email(s): dstruck@strucklove.com; nacedo@strucklove.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ◉ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

See attached.

Name(s) of counsel (if any):

See attached.

Address:

Telephone number(s):

Email(s):

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                               *1*                               *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## **Appellants**

Name(s) of party/parties:

See attached.

Name(s) of counsel (if any):

See attached.

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

## **Appellees**

Name(s) of party/parties:

See attached.

Name(s) of counsel (if any):

See attached.

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *2*                    *New 12/01/2018*

**List of Appellants:**

Intervenor-Appellant – CoreCivic, Inc.

*Attorneys for Intervenor-Appellant:*

Daniel P. Struck
Nicholas D. Acedo
Dana M. Keene
Anne M. Orcutt
Struck Love Acedo, PLC
3100 W. Ray Rd., Suite 300
Chandler, Arizona 85226
(480) 420-1600
dstruck@strucklove.com
nacedo@strucklove.com
dkeene@strucklove.com
aorcutt@strucklove.com

Nicholas H. Rasmussen, Bar #285736
McCORMICK BARSTOW, LLP
7647 North Fresno Street
Fresno, CA  93720
Tel:  (559) 433-1300
Fax: (559) 433-2300
nrasmussen@mccormickbarstow.com

**List of Appellees:**

Plaintiffs-Appellees:

- Fernando Gomez Ruiz
- Fernando Viera Reyes
- Jose Ruiz Canizales
- Yuri Alexander Roque Campos
- Sokhean Keo
- Gustavo Guevara Alarcon
- Alejandro Mendiola Escutia

*Attorneys for Plaintiffs and the Provisional Class:*

Steven P. Ragland
Cody S. Harris
Carlos C. Martinez
Lisa C. Lu
Candice Mai Khanh Nguyen
Keker, Van Next & Peters, LLP
633 Battery Street

San Francisco, CA 94111-1809
(415) 391-5400
srangland@keker.com
charris@keker.com
cmarintez@keker.com
cnguyen@keker.com
llu@keker.com

Priya Arvind Patel
Mariel Villarreal
California Collaborative for Immigrant Justice
1099 Harrison Street #1800
Oakland, CA 94612
(650) 762-8990
priya@ccijustice.org
mariel@ccijustice.org

Margot Mendelson
Tess Borden
Patrick Booth
Alison Hardy
Rana Anabtawi
Prison Law Office
1917 Fifth Street
Berkeley, CA 94710-1916
(510) 280-2621
mmendelson@prisonlaw.com
tess@prisonlaw.com
patrick@prisonlaw.com
ahardy@prisonlaw.com
rana@prisonlaw.com

Kyle Virgien
Felipe Hernandez
Marisol Dominguez-Ruiz
American Civil Liberties Union Foundation
425 California Street, 7th Floor
San Francisco, CA 94104
(415) 343-0770
kvirgien@aclu.org
npp_fhernandez@aclu.org
mdominguez-ruiz@aclu.org

Carmen Iguina Gonzalez
American Civil Liberties Union
Foundation 915 15th Street, N.W., 7th Floor
Washington, D.C. 20005
(202) 393-4930
ciguinagonzalez@aclu.org

Defendants-Appellees**:**

- U.S. Immigration and Customs Enforcement
- Todd M. Lyons
- Sergio Albarran
- U.S. Department of Homeland Security
- Kristin Noem

*Attorneys for Defendants:*

Savith Iyengar
United States Attorney's Office
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3494
(415) 436-7018
savith.iyengar@usdoj.gov

Lynn Ernce
United States Attorney's Office
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2720
lynn.trinka.ernce@usdoj.gov

Brodie Butland
United States Attorney's Office
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
(559) 286-7331
brodie.butland@usdoj.gov