Daniel P. Struck, Pro Hac Vice
AZ Bar #012377
Dana M. Keene, CA Bar #324993
Anne M. Orcutt, Pro Hac Vice
AZ Bar #029387
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Tel.: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
dkeene@strucklove.com
aorcutt@strucklove.com

Nicholas H. Rasmussen, Bar #285736
McCORMICK BARSTOW, LLP
7647 North Fresno Street
Fresno, CA 93720
Tel: (559) 433-1300
Fax: (559) 433-2300
nrasmussen@mccormickbarstow.com

Attorneys for Intervenor CoreCivic, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, et al., | Case No. 1:26-CV-02546-JLT-CDB |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF SHANNON L. KNORR** |
| v. | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | |
| Defendants, | |
| CORECIVIC, INC., | |
| Intervenor. | |

Intervenor CoreCivic, Inc. ("Intervenor") hereby notifies the Court that attorney Shannon L. Knorr is withdrawn as attorney of record and should be removed from all future filings in this matter. Intervenor will continue to be represented by attorneys Daniel P. Struck, Dana M. Keene, Anne M. Orcutt, and Nicholas H. Rasmussen.

- 1 -

NOTICE OF WITHDRAWAL OF SHANNON L. KNORR
CASE NO. 1:26-CV-02546-JLT-CDB

DATED this 23rd day of June 2026.

By /s/ Anne M. Orcutt
Daniel P. Struck
Dana M. Keene
Anne M. Orcutt
STRUCK LOVE ACEDO, PLC

Nicholas H. Rasmussen
McCORMICK BARSTOW, LLP

*Attorneys for Intervenor CoreCivic, Inc.*

- 2 -