KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
CODY S. HARRIS - # 255302
charris@keker.com
CANDICE MAI KHANH NGUYEN - # 329881
cnguyen@keker.com
CARLOS C. MARTINEZ - # 354616
cmartinez@keker.com
LISA C. LU - # 364259
llu@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
PRIYA ARVIND PATEL - # 295602
priya@ccijustice.org
MARIEL VILLARREAL - # 317048
mariel@ccijustice.org
1999 Harrison Street #1800
Oakland, California 94612
Tel: (650) 762-8990

PRISON LAW OFFICE
MARGOT MENDELSON - # 268583
mmendelson@prisonlaw.com
TESS BORDEN - MJP # 805022
tess@prisonlaw.com
RANA ANABTAWI - # 267073
rana@prisonlaw.com
MEGHA RAM - # 325134
mram@prisonlaw.com
1917 Fifth Street
Berkeley, California 94710-1916
Tel.: (510) 280-2621

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
KYLE VIRGIEN - # 278747
kvirgien@aclu.org
FELIPE HERNANDEZ - # 338468
npp_fhernandez@aclu.org
MARISOL DOMINGUEZ-RUIZ - # 345416
mdominguez-ruiz@aclu.org
425 California Street, 7th Floor
San Francisco, CA 94104
Tel.: (415) 343-0770

CARMEN IGUINA GONZALEZ - # 277369
ciguinagonzalez@aclu.org
915 15th Street, NW, 7th Floor
Washington, DC 20005
Tel.: (202) 393-4930

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement; SERGIO ALBARRAN, Acting Director of San Francisco Field Office, Enforcement and | Case No. 1:26-cv-02546-JLT-CDB<br><br>**DECLARATION OF PRIYA ARVIND PATEL IN SUPPORT OF CCIJ'S UNOPPOSED MOTION TO WITHDRAW AS CLASS COUNSEL**<br><br>Dept.:    Courtroom 4, 7th floor<br>Judge:    Hon. Jennifer L. Thurston<br><br>Date Filed:  November 12, 2025<br>*(transferred from Northern District of California)*<br><br>Trial Date:  Not set |

DECLARATION OF PRIYA ARVIND PATEL IN SUPPORT OF CCIJ'S UNOPPOSED MOTION TO WITHDRAW AS CLASS COUNSEL
Case No. 1:26-cv-02546-JLT-CDB

Removal Operations, U.S. Immigration and
Customs Enforcement; U.S. DEPARTMENT
OF HOMELAND SECURITY;
MARKWAYNE MULLIN, Secretary, U.S.
Department of Homeland Security,

   Defendants.

DECLARATION OF PRIYA ARVIND PATEL IN SUPPORT OF CCIJ'S UNOPPOSED MOTION TO
WITHDRAW AS CLASS COUNSEL
Case No. 1:26-cv-02546-JLT-CDB

I, Priya Arvind Patel, declare as follows:

1.      I am an attorney licensed to practice law in the State of California, and I am a Supervising Attorney at California Collaborative for Immigrant Justice ("CCIJ"). I make this declaration in support of CCIJ's Motion to Withdraw as Class Counsel. I have personal knowledge of the facts set forth herein and, if called to testify as a witness thereto, could do so competently under oath.

2.      Due to unforeseen circumstances, CCIJ determined that given its limited resources it must focus its efforts on other matters.

3.      I emailed all counsels of record for Plaintiffs and the Class to inform them of CCIJ's intent to withdraw as co-counsel from the above-captioned case.

4.      Subsequently, I informed each Named Plaintiff of CCIJ's intent to withdraw from the case. I told them that they would continue to be represented by counsel from Prison Law Office, Keker, Van Nest & Peters LLP, the American Civil Liberties Union. Fernando Gomez Ruiz, Fernando Viera Reyes, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, and Alejandro Mendiola Escutia expressly consented to withdrawal. Jose Ruiz Canales, who Defendants deported last year, met with co-counsel Marisol Dominguez Ruiz via Zoom video conference on June 8. Through an American Sign Language interpreter, Ms. Dominguez Ruiz notified Mr. Ruiz Canales of CCIJ's withdrawal, and he did not express any objection.

5.      After notifying co-counsel and Named Plaintiffs of CCIJ's intent to withdraw, CCIJ has been in regular communication with co-counsel to coordinate the continued litigation of the case.

6.      On June 25, I emailed counsel for Respondents Lynn Trinka Ernce and Brodie Butland to request their position on CCIJ's intent to withdraw. That same day, Ms. Ernce responded, stating that Respondents "do not oppose."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that I signed this declaration at Oakland, California on June 29, 2026.

*/s/ Priya Arvind Patel*
Priya Arvind Patel

1

DECLARATION OF PRIYA ARVIND PATEL IN SUPPORT OF CCIJ'S UNOPPOSED MOTION TO WITHDRAW AS CLASS COUNSEL
Case No. 1:26-cv-02546-JLT-CDB