KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
CODY S. HARRIS - # 255302
charris@keker.com
CANDICE MAI KHANH NGUYEN - # 329881
cnguyen@keker.com
CARLOS C. MARTINEZ - # 354616
cmartinez@keker.com
LISA C. LU - # 364259
llu@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
PRIYA ARVIND PATEL - # 295602
priya@ccijustice.org
MARIEL VILLARREAL - # 317048
mariel@ccijustice.org
1999 Harrison Street #1800
Oakland, California 94612
Tel: (650) 762-8990

PRISON LAW OFFICE
MARGOT MENDELSON - # 268583
mmendelson@prisonlaw.com
TESS BORDEN - MJP # 805022
tess@prisonlaw.com
RANA ANABTAWI - # 267073
rana@prisonlaw.com
MEGHA RAM - # 325134
mram@prisonlaw.com
1917 Fifth Street
Berkeley, California 94710-1916
Tel.: (510) 280-2621

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
KYLE VIRGIEN - # 278747
kvirgien@aclu.org
FELIPE HERNANDEZ - # 338468
npp_fhernandez@aclu.org
MARISOL DOMINGUEZ-RUIZ - # 345416
mdominguez-ruiz@aclu.org
425 California Street, 7th Floor
San Francisco, CA 94104
Tel.: (415) 343-0770

CARMEN IGUINA GONZALEZ - # 277369
ciguinagonzalez@aclu.org
915 15th Street, NW, 7th Floor
Washington, DC 20005
Tel.: (202) 393-4930

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement; SERGIO ALBARRAN, Acting Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and | Case No. 1:26-cv-02546-JLT-CDB<br><br>[PROPOSED] ORDER GRANTING CCIJ'S UNOPPOSED MOTION TO WITHDRAW AS CLASS COUNSEL<br><br>Dept.:    Courtroom 4, 7th floor<br>Judge:    Hon. Jennifer L. Thurston<br><br>Date Filed:  November 12, 2025<br>*(transferred from Northern District of California)*<br><br>Trial Date:  Not set<br><br>(Doc. 160) |

1

Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,

Defendants.

[PROPOSED] ORDER GRANTING CCIJ'S UNOPPOSED MOTION TO WITHDRAW AS CLASS COUNSEL
Case No. 1:26-cv-02546-JLT-CDB

## [PROPOSED] ORDER GRANTING CCIJ'S UNOPPOSED MOTION TO WITHDRAW AS CLASS COUNSEL

Upon consideration of the California Collaborative for Immigrant Justice's ("CCIJ") Motion to Withdraw as Class Counsel, previously filed documents in support of the Motion for Class Certification, the Memorandum of Decision setting forth the previous court's reasoning for granting Class Certification, and pursuant to Local Rule 182(d) of the Eastern District of California, Rule 1.16 of the Rules of Professional Conduct of the State Bar of California, and Rule 23 of the Federal Rules of Civil Procedure, the Court hereby **GRANTS** Priya Arvind Patel and Mariel Villarreal's request to withdraw their appearances as counsel of record in this matter on behalf of Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia, and the Class. CCIJ is relieved as appointed class counsel and counsel of record for Plaintiffs and the Class.

The Clerk of the Court is **DIRECTED** to terminate Priya Arvind Patel and Mariel Villarreal, and the law firm of CCIJ, as counsel of record for Plaintiffs.

Priya Arvind Patel and Mariel Villarreal and the law firm of CCIJ **SHALL COMPLY** with all obligations under Rule 1.16(e) of the California Rules of Professional Conduct regarding the release of a client's papers and property and the return of unearned fees, if any.

**IT IS SO ORDERED.**

Dated:    July 1, 2026

_____
Hon. Christopher D. Baker
U.S. Magistrate Judge