KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
CODY S. HARRIS - # 255302
charris@keker.com
CANDICE MAI KHANH NGUYEN - # 329881
cnguyen@keker.com
CARLOS C. MARTINEZ - # 354616
cmartinez@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

PRISON LAW OFFICE
MARGOT MENDELSON - # 268583
mmendelson@prisonlaw.com
TESS BORDEN - MJP # 805022
tess@prisonlaw.com
RANA ANABTAWI - # 267073
rana@prisonlaw.com
MEGHA RAM - # 325134
mram@prisonlaw.com
1917 Fifth Street
Berkeley, California 94710-1916
Tel.: (510) 280-2621

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
KYLE VIRGIEN - # 278747
kvirgien@aclu.org
FELIPE HERNANDEZ - # 338468
npp_fhernandez@aclu.org
MARISOL DOMINGUEZ-RUIZ - # 345416
mdominguez-ruiz@aclu.org
425 California Street, 7th Floor
San Francisco, CA 94104
Tel.: (415) 343-0770

CARMEN IGUINA GONZALEZ - # 277369
ciguinagonzalez@aclu.org
915 15th Street, NW, 7th Floor
Washington, DC 20005
Tel.: (202) 393-4930

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement; SERGIO ALBARRAN, Acting Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and | Case No. 1:26-cv-02546-JLT-CDB<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL LISA C. LU**<br><br>Dept.:        Courtroom 4, 7th floor<br>Judge:       Hon. Jennifer L. Thurston<br><br>Date Filed: November 12, 2025<br>*(transferred from Northern District of California)*<br><br>Trial Date:  Not set |

Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,

Defendants.

NOTICE OF WITHDRAWAL OF COUNSEL LISA C. LU
Case No. 1:26-cv-02546-JLT-CDB

6262322

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Lisa C. Lu is no longer associated with Keker, Van Nest & Peters LLP and hereby withdraws as counsel for Plaintiffs in the above-referenced case and requests to be removed as counsel of record.  The above-listed counsel from Keker, Van Nest & Peters LLP will continue to serve as counsel of record for Plaintiffs.

Dated: July 20, 2026                                     KEKER, VAN NEST & PETERS LLP

                                         By:    */s/ Steven P. Ragland*
                                                KEKER, VAN NEST & PETERS LLP
                                                STEVEN P. RAGLAND
                                                CODY S. HARRIS
                                                CANDICE MAI KHANH NGUYEN
                                                CARLOS C. MARTINEZ

                                                Attorneys for Plaintiffs

NOTICE OF WITHDRAWAL OF COUNSEL LISA C. LU
Case No. 1:26-cv-02546-JLT-CDB

6262322