KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
CODY S. HARRIS - # 255302
charris@keker.com
CANDICE MAI KHANH NGUYEN - # 329881
cnguyen@keker.com
CARLOS C. MARTINEZ - # 354616
cmartinez@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

PRISON LAW OFFICE
MARGOT MENDELSON - # 268583
mmendelson@prisonlaw.com
TESS BORDEN - MJP # 805022
tess@prisonlaw.com
RANA ANABTAWI - # 267073
rana@prisonlaw.com
MEGHA RAM - # 325134
mram@prisonlaw.com
1917 Fifth Street
Berkeley, California 94710-1916
Tel.: (510) 280-2621

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
KYLE VIRGIEN - # 278747
kvirgien@aclu.org
FELIPE HERNANDEZ - # 338468
npp_fhernandez@aclu.org
MARISOL DOMINGUEZ-RUIZ - # 345416
mdominguez-ruiz@aclu.org
425 California Street, 7th Floor
San Francisco, CA 94104
Tel.: (415) 343-0770

CARMEN IGUINA GONZALEZ - # 277369
ciguinagonzalez@aclu.org
915 15th Street, NW, 7th Floor
Washington, DC 20005
Tel.: (202) 393-4930

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement; SERGIO ALBARRAN, Acting Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and | Case No. 1:26-cv-02546-JLT-CDB<br><br>**DECLARATION OF TESS BORDEN IN SUPPORT OF NOTICE OF EXTERNAL MONITOR REPORT**<br><br><br>Date Filed:  November 12, 2025<br>*(transferred from Northern District of California)*<br><br>Trial Date:  Not set |

6289796

Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,

Defendants.

6289796

I, Tess Borden, declare as follows:

1.      I am a managing attorney at the Prison Law Office, co-counsel of record for Plaintiffs in this matter. I am admitted to the New York Bar, am registered by the State Bar of California as a Registered Legal Aid Attorney through the Multijurisdictional Practice Program, and am an active member of the Bar of this Court. I submit this declaration in support of Plaintiffs' Notice of External Monitor Report. I have personal knowledge of the facts set forth herein, and if called to testify as a witness thereto under oath, I could competently do so.

2.      On February 10, 2026, the Court issued an order granting in part Plaintiffs' motion for preliminary injunction ("PI Order"). Doc. 72. In that Order, the Court ordered Defendants to ensure eight components of a constitutionally adequate health care system at California City Detention Facility ("California City"). *Id.* at ¶ 1. "To ensure compliance" with the PI Order and "the provision of constitutionally adequate health care," Defendants were further ordered to provide access to a "qualified, independent, third-party monitor ('External Monitor')" who "will ensure compliance with this Order and will monitor its implementation, including through review of medical records and on-site inspection and interviews with patients and staff." *Id.* at ¶ 2.

3.      On March 30, 2026, the Court issued an order appointing Dr. Muthusamy Anandkumar as External Monitor. Doc. 112 ("Monitor Order"). Pursuant to the Monitor Order, "[b]y the conclusion of the Term of Appointment, the External Monitor shall produce a report assessing Defendants' compliance with the February 10 Order and the provision of constitutionally adequate health care and making recommendations for remedial actions. The report shall be filed on the docket but shall contain no personal identifiers of patients." Doc. 112, ¶ 7.

4.      On July 27, 2026, the External Monitor emailed Counsel for Defendants and Plaintiffs a copy of his report and confirmed it was ready for public filing.

5.      Attached hereto as **Exhibit A** is a true and correct copy of the report from Dr. Anandkumar.

DECLARATION OF TESS BORDEN IN SUPPORT OF NOTICE OF EXTERNAL MONITOR REPORT
Case No. 1:26-cv-02546-JLT-CDB

6289796

6.      Pursuant to the Monitor Order, an accompanying confidential appendix will be separately provided to the Court. *See* Doc 112, ¶ 7. ("Individual patients shall be identified in a separate confidential appendix provided to counsel for the parties and to the Court under seal.")

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct. Executed on July 27, 2026, in San Francisco, California.

_____

TESS BORDEN

DECLARATION OF TESS BORDEN IN SUPPORT OF NOTICE OF EXTERNAL MONITOR REPORT
Case No. 1:26-cv-02546-JLT-CDB

6289796