KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
CODY S. HARRIS - # 255302
charris@keker.com
CANDICE MAI KHANH NGUYEN - # 329881
cnguyen@keker.com
CARLOS C. MARTINEZ - # 354616
cmartinez@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

PRISON LAW OFFICE
MARGOT MENDELSON - # 268583
mmendelson@prisonlaw.com
TESS BORDEN - MJP # 805022
tess@prisonlaw.com
RANA ANABTAWI - # 267073
rana@prisonlaw.com
MEGHA RAM - # 325134
mram@prisonlaw.com
1917 Fifth Street
Berkeley, California 94710-1916
Tel.: (510) 280-2621

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
KYLE VIRGIEN - # 278747
kvirgien@aclu.org
FELIPE HERNANDEZ - # 338468
npp_fhernandez@aclu.org
MARISOL DOMINGUEZ-RUIZ - # 345416
mdominguez-ruiz@aclu.org
425 California Street, 7th Floor
San Francisco, CA 94104
Tel.: (415) 343-0770

CARMEN IGUINA GONZALEZ - # 277369
ciguinagonzalez@aclu.org
915 15th Street, NW, 7th Floor
Washington, DC 20005
Tel.: (202) 393-4930

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement; SERGIO ALBARRAN, Acting Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and | Case No. 1:26-cv-02546-JLT-CDB<br><br>**JOINT STATUS REPORT REGARDING ESI STIPULATION AND PROTECTIVE ORDER**<br><br>Judge:　　Magistrate Judge Baker<br><br>Date Filed: November 12, 2025 *(transferred from Northern District of California)*<br><br>Trial Date: March 28, 2028 |

1

Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,

Defendants.

JOINT STATUS REPORT REGARDING ESI STIPULATION AND PROTECTIVE ORDER
Case No. 1:26-cv-02546-JLT-CDB

6294529

The parties provide this status report seeking a two-week extension to submit their ESI Stipulation and Protective Order. They request that the Court order that, on August 14, 2026, the parties shall either 1) jointly submit a proposed ESI Stipulation and Protective Order for the Court's review; or 2) separately submit each party's proposals together with a joint, informal letter brief detailing each party's position pursuant to Section IV of this Court's Scheduling Order (Doc. 162).

**Plaintiffs' Position.**

As noted in the parties' Joint Scheduling Report to this Court, on June 15, 2026, Plaintiffs circulated to Defendants a proposed ESI Stipulation and Protective Order. Doc. 155 at 10. Defendants represented that they were reviewing the documents and would meet and confer to reach agreement. *Id.* At the July 1 Scheduling Conference, the parties affirmed this update, and the Court orally instructed the parties to submit these documents within 30 days of the conference, i.e., by July 31, 2026.

Plaintiffs repeatedly followed up with Defendants, requesting comments as to these documents on July 6, July 21, July 27, and July 30, 2026. Defendants provided their first and only comments to these documents on July 30, 2026 at approximately 5:00 p.m., the day before the submission to the Court was due.

Plaintiffs require time to review the substantial comments Defendants transmitted just hours before the deadline to submit them to the Court. Further, Plaintiffs believe it necessary to meet and confer with Defendants to reach agreement on these documents where possible to streamline the issues before the Court. Accordingly, Plaintiffs seek a two-week extension to submit these materials.

**Defendants' Position.**

Defendants acknowledge that counsel's review of the proposed ESI Stipulation and Protective Order was affected by the press of business, including this and other case-related obligations, and their supervisory and managerial responsibilities. Defendants provided comments to Plaintiffs on July 30, 2026, and appreciate that Plaintiffs may require additional time to evaluate those comments and for the parties to meet and confer regarding any remaining issues.

JOINT STATUS REPORT REGARDING ESI STIPULATION AND PROTECTIVE ORDER
Case No. 1:26-cv-02546-JLT-CDB

6294529

Defendants also note that, at the July 1 Scheduling Conference, the Court indicated that approximately 30 days would be appropriate for submission of these materials but did not set a fixed deadline as Plaintiffs suggest.

Defendants agree that the additional two weeks that Plaintiffs request will facilitate the parties' efforts to finalize these documents for submission to the Court.

Dated: July 31, 2026

Respectfully submitted,

/s/ *Steven P. Ragland*
KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND
CODY S. HARRIS
CANDICE MAI KHANH NGUYEN
CARLOS C. MARTINEZ

/s/ *Margot Mendelson*
PRISON LAW OFFICE
MARGOT MENDELSON
TESS BORDEN
RANA ANABTAWI
MEGHA RAM

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
KYLE VIRGIEN
FELIPE HERNANDEZ
MARISOL DOMINGUEZ-RUIZ
CARMEN IGUINA GONZALEZ

*Attorneys for Plaintiffs*


ERIC GRANT
United States Attorney


*/s/ Lynn Trinka Ernce*
LYNN TRINKA ERNCE
BRODIE M. BUTLAND
Assistant United States Attorneys

Attorneys for Defendants

JOINT STATUS REPORT REGARDING ESI STIPULATION AND PROTECTIVE ORDER
Case No. 1:26-cv-02546-JLT-CDB

6294529