# EXHIBIT 7

EXHIBIT 7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

FERNANDO GOMEZ RUIZ, et al.,

Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

Defendants.

Case No. 1:26-CV-02546-JLT-CDB

**DECLARATION OF DANIEL P. STRUCK**

I, Daniel P. Struck, state the following based upon my personal knowledge.

1. I am over the age of 18 and am competent to testify to the matters set forth in this Declaration. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, could competently testify to these facts.

2. I am counsel of record in the above-captioned action.

3. I was counsel of record for Defendants in *Jensen v. Thornell*, Case No. CV-12-0601-PHX-ROS in the District of Arizona at the time of trial.

4. I cross-examined Plaintiffs' retained medical expert, Dr. Todd Wilcox, at the trial in *Jensen* on November 10, 2021. *See* Dkt. 4271.

5. Dr. Wilcox, who is the Medical Director and in charge of health care for arrestees and inmates at the Salt Lake County Metro Jail system, testified that in his system, nurses, rather than providers, conduct intake health screenings of incoming arrestees.

6. Attachment A is a true and correct copy of an excerpt of my cross examination of him.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed this 21st Day of August, 2026.

Daniel P. Struck

**ATTACHMENT A**

**ATTACHMENT A**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Shawn Jensen, et al., on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,

Plaintiffs,

vs.

David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,

Defendants.

CV-12-0601-PHX-ROS

Phoenix, Arizona
November 10, 2021
1:04 p.m.

BEFORE: THE HONORABLE ROSLYN O. SILVER, JUDGE

REPORTER'S TRANSCRIPT OF PROCEEDINGS

BENCH TRIAL - DAY 8 - P.M. SESSION

(pages 1784-1884)

Official Court Reporter:
Elva Cruz-Lauer, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc. 33
Phoenix, Arizona 85003-2151
(602) 322-7249

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

Q. Is that something that you would have included in your notes?
A. No, I didn't tally those in my notes.
Q. And paragraph -- well, let me ask this, you also state on line 22, too often nurses simply sent patients back to their housing unit and tell them to submit another written sick call request if symptoms worsen; do you see that?
A. Yes.
Q. How many examples of that did you see in the review of the records?
A. That was frequent and tied to the practicing outside of the scope of their practice.
Q. Now, in Salt Lake County jail, when you -- you have nurses do assessments, don't you?
A. Yes.
Q. And the nurses triage, do they not?
A. They do.
Q. And that could either be an assessment -- when someone enters the jail, they do an assessment for you, right?
A. Yes.
Q. And also when there's a -- do you call them HNRs in your system?
A. No, we call them sick call requests.
Q. Sick call requests, okay.
So if one of your patients submits a sick call

C E R T I F I C A T E

I, ELVA CRUZ-LAUER, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control.

DATED at Phoenix, Arizona, this 6th day of December, 2021.

s/Elva Cruz-Lauer
Elva Cruz-Lauer, RMR, CRR