KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
CODY S. HARRIS - # 255302
charris@keker.com
CANDICE MAI KHANH NGUYEN - # 329881
cnguyen@keker.com
CARLOS C. MARTINEZ - # 354616
cmartinez@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

PRISON LAW OFFICE
MARGOT MENDELSON - # 268583
mmendelson@prisonlaw.com
TESS BORDEN - MJP # 805022
tess@prisonlaw.com
RANA ANABTAWI - # 267073
rana@prisonlaw.com
MEGHA RAM - # 325134
mram@prisonlaw.com
1917 Fifth Street
Berkeley, California 94710-1916
Tel.: (510) 280-2621

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
KYLE VIRGIEN - # 278747
kvirgien@aclu.org
FELIPE HERNANDEZ - # 338468
npp_fhernandez@aclu.org
MARISOL DOMINGUEZ-RUIZ - # 345416
mdominguez-ruiz@aclu.org
425 California Street, 7th Floor
San Francisco, CA 94104
Tel.: (415) 343-0770

CARMEN IGUINA GONZALEZ - # 277369
ciguinagonzalez@aclu.org
915 15th Street, NW, 7th Floor
Washington, DC 20005
Tel.: (202) 393-4930

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement; SERGIO ALBARRAN, Acting Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and

Case No. 1:26-cv-02546-JLT-CDB

**STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY BRIEFING SCHEDULE**

Dept.: Courtroom 4, 7th floor
Judge: Hon. Jennifer L. Thurston

Date Filed: November 12, 2025
*(transferred from Northern District of California)*

Trial Date: Not set

Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,

Defendants.

**JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE**

Pursuant to Civil Local Rules 143 and 144, the parties in the above-captioned action hereby stipulate and agree as follows:

**STIPULATION ON BRIEFING SCHEDULE**

Whereas on August 13, 2026, Judge Thurston entered an order adopting the parties' proposed schedule for filing comments and objections to the External Monitor's final report (Doc. 166). Doc. 176, whereby Defendants' comments and objections were due by 6:00pm on August 21, 2026; the Plaintiffs' responses to Defendants' comments and objections were due by 6:00pm on August 25, 2026; and the External Monitor's responses were due by 5:00pm on August 28, 2026, with the parties to jointly file those responses by the end of that day;

Whereas on August 21, 2026, Defendants filed their objections to the External Monitor's report, which comprised 144 pages in total and included seven exhibits (Doc. 180);

Whereas Plaintiffs require additional time to respond to Defendants' filing;

Whereas the parties have met and conferred and agree that a reasonable extension of time is warranted;

Whereas the External Monitor has confirmed the proposed briefing schedule is acceptable; and

Whereas, the parties therefore submit this Stipulation and Proposed Order to extend the briefing schedule:

**By agreement, the parties hereby stipulate to the following briefing schedule, subject to the Court's approval:**

1. Plaintiffs' responses to Defendants' comments and objections shall be filed by 6:00pm on August 28, 2026;
2. The External Monitor shall submit his responses to the parties by 5:00pm on September 4, 2026; and
3. The parties will jointly file the External Monitor's responses on the docket by the end of the day on September 4, 2026.

**IT IS SO STIPULATED.**

Dated: August 24, 2026

Respectfully submitted,

*/s/ Cody S. Harris*
KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND
CODY S. HARRIS
CANDICE MAI KHANH NGUYEN
CARLOS C. MARTINEZ

*/s/ Margot Mendelson*
*(as authorized on 8/24/26)*
PRISON LAW OFFICE
MARGOT MENDELSON
TESS BORDEN
RANA ANABTAWI
MEGHA RAM

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
KYLE VIRGIEN
FELIPE HERNANDEZ
MARISOL DOMINGUEZ-RUIZ
CARMEN IGUINA GONZALEZ

*Attorneys for Plaintiffs*

Dated: August 24, 2026

*/s/ Lynn Trinka Ernce*
*(as authorized on 8/24/26)*
UNITED STATES ATTORNEY
ERIC GRANT

ASSISTANT UNITED STATES ATTORNEYS
LYNN TRINKA ERNCE
BRODIE M. BUTLAND

*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated: August 25, 2026

HON. Christopher D. Baker, U.S. Magistrate Judge