KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
CODY S. HARRIS - # 255302
charris@keker.com
CANDICE MAI KHANH NGUYEN - # 329881
cnguyen@keker.com
CARLOS C. MARTINEZ - # 354616
cmartinez@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

PRISON LAW OFFICE
MARGOT MENDELSON - # 268583
mmendelson@prisonlaw.com
TESS BORDEN - MJP # 805022
tess@prisonlaw.com
RANA ANABTAWI - # 267073
rana@prisonlaw.com
MEGHA RAM - # 325134
mram@prisonlaw.com
1917 Fifth Street
Berkeley, California 94710-1916
Tel.: (510) 280-2621

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
KYLE VIRGIEN - # 278747
kvirgien@aclu.org
FELIPE HERNANDEZ - # 338468
npp_fhernandez@aclu.org
MARISOL DOMINGUEZ-RUIZ - # 345416
mdominguez-ruiz@aclu.org
425 California Street, 7th Floor
San Francisco, CA 94104
Tel.: (415) 343-0770

CARMEN IGUINA GONZALEZ - # 277369
ciguinagonzalez@aclu.org
915 15th Street, NW, 7th Floor
Washington, DC 20005
Tel.: (202) 393-4930

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement; SERGIO ALBARRAN, Acting Director of San Francisco Field Office, Enforcement and

Case No. 1:26-cv-02546-JLT-CDB

**DECLARATION OF MEGHA RAM IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTIONS TO MONITOR REPORT**

Date Filed: November 12, 2025
*(transferred from Northern District of California)*

Trial Date: Not set

Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,

Defendants.

I, Megha Ram, declare as follows:

1. I am a senior staff attorney at the Prison Law Office, co-counsel of record for Plaintiffs in this matter. I am admitted to the California Bar and appear in this matter. I submit this declaration in support of Plaintiffs' Response to Defendants' Objections to the Monitor Report. I have personal knowledge of the facts set forth herein, and if called to testify as a witness thereto under oath, I could competently do so.

2. Because Plaintiffs' counsel had just one week to file the Response to Defendants' Objections, and because Alejandro Mendiola Escutia is detained in the California City Detention Facility, Plaintiffs' counsel were unable to collect a wet signature on Mr. Mendiola Escutia's declaration. Instead, on August 24, 2026, I conducted a call with Mr. Mendiola Escutia. During that call, Mr. Mendiola Escutia's declaration was completed and read to him. He confirmed, under penalty of perjury, that the contents were true and correct and gave me permission to affix his electronic signature to the declaration and file it in this matter. His declaration is filed as Declaration of Alejandro Mendiola Escutia in Support of Plaintiffs' Response to Defendants' Objections to Monitor Report.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 27th day of August, 2026, at Berkeley, California.

MEGHA RAM