ERIC GRANT
United States Attorney
LYNN TRINKA ERNCE
BRODIE BUTLAND
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2720

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FERNANDO GOMEZ RUIZ, et al.,

Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; et al.,

Defendants.

Case No. 1:26-cv-02546-JLT-CDB

**NOTICE RE EXTERNAL MONITOR'S RESPONSE TO DEFENDANTS' OBJECTIONS AND PLAINTIFFS' RESPONSES TO EXTERNAL MONITOR'S REPORT**

Pursuant to the Stipulation and Order to Modify Briefing Schedule (ECF 182), the parties respectfully notify the Court that the External Monitor stands by his Final Report as filed. A true and correct copy of the External Monitor's email to the parties stating his position is attached to this notice.

Dated: September 1, 2026

ERIC GRANT
United States Attorney

*/s/ Lynn Trinka Ernce*
LYNN TRINKA ERNCE
BRODIE M. BUTLAND
Assistant United States Attorneys

Dated: September 1, 2026

/s/ Steven P. Ragland (authorized 9/1/2026)
KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND
CODY S. HARRIS
CANDICE MAI KHANH NGUYEN
CARLOS C. MARTINEZ

/s/ Margot Mendelson (authorized 9/1/2026)
PRISON LAW OFFICE
MARGOT MENDELSON
TESS BORDEN
RANA ANABTAWI
MEGHA RAM

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
KYLE VIRGIEN
FELIPE HERNANDEZ
MARISOL DOMINGUEZ-RUIZ
CARMEN IGUINA GONZALEZ

*Attorneys for Plaintiffs*

**From:** M Anandkumar
**To:** Tess Borden
**Cc:** Ernce, Lynn Trinka (USACAE); Butland, Brodie (USACAE); Steven Ragland; Cody S. Harris; Candice Nguyen; Carlos C. Martinez; Carmen Iguina Gonzalez; Marisol Dominguez-Ruiz; Margot Mendelson; Megha Ram; Rana Anabtawi
**Subject:** Re: [EXTERNAL] Re: Gomez Ruiz v. ICE: Court order re: your report
**Date:** Monday, August 31, 2026 1:24:45 PM

The External Monitor has reviewed Defendants' comments and objections to the Final Report, along with Plaintiffs' responses. After considering those submissions, the External Monitor does not believe that any further changes or additional comments are necessary.

Before filing the Final Report, both parties had an opportunity to comment on the draft. Those comments were reviewed and considered, and revisions were made where appropriate.

The External Monitor therefore respectfully stands by the Final Report as filed.

Sincerely,

M. Anandkumar MD