KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
CODY S. HARRIS - # 255302
charris@keker.com
CARLOS C. MARTINEZ - # 354616
cmartinez@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

PRISON LAW OFFICE
MARGOT MENDELSON - # 268583
mmendelson@prisonlaw.com
TESS BORDEN - MJP # 805022
tess@prisonlaw.com
RANA ANABTAWI - # 267073
rana@prisonlaw.com
MEGHA RAM - # 325134
mram@prisonlaw.com
1917 Fifth Street
Berkeley, California 94710-1916
Tel.: (510) 280-2621

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
KYLE VIRGIEN - # 278747
kvirgien@aclu.org
FELIPE HERNANDEZ - # 338468
npp_fhernandez@aclu.org
MARISOL DOMINGUEZ-RUIZ - # 345416
mdominguez-ruiz@aclu.org
425 California Street, 7th Floor
San Francisco, CA 94104
Tel.: (415) 343-0770

CARMEN IGUINA GONZALEZ - # 277369
ciguinagonzalez@aclu.org
915 15th Street, NW, 7th Floor
Washington, DC 20005
Tel.: (202) 393-4930

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement; SERGIO ALBARRAN, Acting Director of

Case No. 1:26-cv-02546-JLT-CDB

**[~~PROPOSED~~] ORDER GRANTING REQUEST TO SEAL EXHIBITS 3, 4 AND 5 TO THE DECLARATION OF TESS BORDEN**

Dept.: Courtroom 4, 7th floor
Judge: Hon. Jennifer L. Thurston

Date Filed: November 12, 2025
*(transferred from Northern District of California)*

Trial Date: Not set

San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,

Defendants.

**[~~PROPOSED~~] ORDER**

On October 26, 2026, Plaintiffs submitted a Request to Seal Exhibits 3, 4 and 5 to the Declaration of Tess Borden filed in support of Plaintiffs' Motion to Enforce the Court's Order Regarding Constitutionally Adequate Health Care, pursuant to Civil Local Rule 141. Plaintiffs filed concurrently a Notice of Request to Seal. *See* Dkt. 189. Having considered the papers filed in support of Plaintiffs' Request, and good cause appearing, it is hereby ORDERED that:

1. Plaintiffs' Request is **GRANTED**.

2. Exhibits 3, 4 and 5 to the Declaration of Tess Borden shall be **SEALED** until further order of this Court

IT IS SO ORDERED.

Dated: November 2, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE