UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FERNANDO GOMEZ RUIZ, *et al.*,

Plaintiffs,

v.

U.S. IMMIGRATION & CUSTOMS ENFORCEMENT, *et al.*,

Defendants.

Case No. 1:26-cv-02546-JLT-CDB

**ORDER VACATING MID-DISCOVERY STATUS CONFERENCE**

**Background and Discussion**

The Court entered the operative scheduling order on July 1, 2026. (Doc. 162). Therein, among other case management dates, the Court set a deadline of February 26, 2027, for the parties to complete non-expert discovery and ordered the parties to appear for a mid-discovery status conference ("MDSC") on November 13, 2026. Regarding the MDSC, the parties were ordered to file a joint MDSC report no later than one week before the conference in which the parties outline (1) the discovery counsel have completed, (2) the discovery that remains to be completed, and (3) any impediments to completing discovery within the deadlines set forth in the scheduling order.

Here, the parties timely filed their joint MDSC report. (Doc. 199). It complies with the Court's scheduling order. However, it also contains a substantial amount of additional information pertaining to Plaintiffs' allegations that Defendants have failed to comply with their discovery obligations. Indeed,

Plaintiffs' complaints are significant enough that they support their allegations with an attorney declaration and exhibits counting approximately 46 pages. (Doc. 199-1).

The Court perceives based on Plaintiffs' fulsome criticisms of Defendants' conduct of discovery in the MDSC report and their attachment thereto of discovery dispute letters and related emails exchanged among the parties that Plaintiffs believe the MDSC is meant as a forum for parties to complain about and seek the Court's resolution of alleged discovery disputes. To the extent that is an accurate characterization, Plaintiffs are mistaken. The Court plainly set forth in the scheduling order the applicable procedures for seeking resolution of discovery disputes: following unsuccessful meet/confer efforts, "[a] party with a discovery dispute … *shall seek a conference* with all involved parties and Judge Baker." (Doc. 162 at 4-5). The scheduling order provides all details necessary to facilitate a complaining party's request the Court to convene for an informal discovery dispute conference. *See id.*

It is clear from the MDSC report that the parties have expended significant efforts meeting and conferring to resolve Plaintiffs' perceived discovery disputes, and the Court commends the parties for their efforts. If either party believes meet/confer efforts have been exhausted without resolving a discovery dispute, the Court expects the parties to review and comply with the Court's informal discovery dispute procedures (*supra*).

**<u>Conclusion and Order</u>**

Based on the information contained in the parties' joint status report (Doc. 199), the mid-discovery status conference set for November 13, 2026, is VACATED. The parties are reminded of their obligation to diligently pursue and timely complete discovery within the scheduled case management dates. *See* (Doc. 162 at 9).

IT IS SO ORDERED.

Dated: **November 10, 2026**

UNITED STATES MAGISTRATE JUDGE